USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 28 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

KONSTANTIN IGNATOV,

        Defendant.

- - - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

S7 17 Cr. 630 (ER)

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                     _K. Ignato-_____
                                     Konstantin Ignatov
                                     Defendant

                                     _____
                                     Witness

                                     _____
                                     Jeffrey Lichtman, Esq.
                                     Counsel for Defendant

Date:     New York, New York
           May 28, 2019

0202