UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
       -against-                                           :       **NOTICE OF APPEARANCE**
                                                            :
KONSTANTIN IGNATOV,                                         :       S7 17 CR 630 (ER)
                                                            :
       Defendant.                                          :
                                                            :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT** Jeffrey Einhorn, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, appears on behalf of defendant KONSTANTIN IGNATOV in the above-captioned case.

Dated:    New York, New York
            May 28, 2019

                                                _____
                                                **JEFFREY EINHORN, ESQ. (JE6559)**
                                                LAW OFFICES OF JEFFREY LICHTMAN
                                                11 EAST 44th STREET, SUITE 501
                                                NEW YORK, NEW YORK 10017
                                                Ph: (212) 581-1001
                                                Fx: (212) 581-4999
                                                einhorn@jeffreylichtman.com