# EXHIBIT 1

April 24, 2019

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Ivan Yochkolovski, I am 33 years old and I have been an infantry officer in the United States Army for 15 years. I have also been doing Brazilian Jiu Jitsu for 15 years and it is through the sport that my relationship with Konstantin Ignatov began.

We met in the gym more than a year ago. My American team has an affiliation in Sofia, Bulgaria and he came to train. In the year that I have know him I can attest that he is an individual of special kind. The charges brought upon him do not coincide with his persona in any way shape or form. My friend is a giving supportive individual. He does not have the heart of a criminal, nor is he capable in any capacity to run or organize the scheme of which he is being accused.

I have known him in his core because over the year we became close and he opened up about his life. He is à very well educated and developed individual. He has been in a positive and well- established environment his entire life. In many cases Konstantin's goodness was to the point where he was naive about other people and his clean thoughts were taken advantage of. I saw that on numerous occasions. He is not a person that would want to cheat somebody or ill wish upon anyone. That just isn't him. Rarely do you find individuals like Konstantin. He came to train regularly at the gym, he had a very positive attitude and was very enthusiastic. He has always supported the team and showed great personality, which made him a lot of friends. He is a philanthrop in his soul and he has always been trying to help anyone he can with as much as he could afford. Me and other of his friends have been supporting him in such causes to donate to cancer and other medical treatments for people in Bulgaria who could not afford it. There are a lot of people who can attest to that. Konstantin supports a very healthy lifestyle; he is a vegan and he does not partake in a lifestyle of a "billion" dollar criminal. I could not even assume he is not innocent. He will see that his innocence is preserved, and that he has been wrongfully accused. For that reason alone he is not a flight risk. If he ever thought that he is in any danger of being put in jail, he would not have roamed around the world freely by himself. The second reason is that he will not want to become a fugitive for the remainder of his life. He is 33 and is soon expecting a child.   His character is such that he can not run from the law for another 50 years. That's just not him. Jumping bail is something that he would not do.

Sincerely,

Ivan Yochkolovski

# EXHIBIT 2

Town of Novi Iskar, 45 Dimitar Vachev Str.

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

April 10, 2019

Your Honor,

My name is Rosen Mitkov Dimitrov. I am a Bulgarian Sambo practitioner who is three times world champion in Combat Sambo and the trainer of the Bulgarian national team of combat sambo. My twin brother Rumen Dimitrov and I founded the organization TWINS MMA and since then we have been giving chance to young fighters to participate and to show what they can do.

I have known Konstantin for a couple of years, when he came to my gym and asked me to let him become part of TWINS MMA team and train him. At first, I only noticed his many tattoos. He appeared to me as a tough but very cheerful guy. Previously I thought that people with so many tattoos must be badly behaved, but Konstantin proved me wrong.

Konstantin is a very disciplined and energetic person, who always finishes what he has started. His ethics is something I respect very much.

He has always been honest with me, but in a delicate way, not being brutal or offending. I have always counted on him as a friend who I confide in and trust even more than I trust myself, because he knows his strengths and weaknesses and knows his limits without any sign of devastating ego or pride. He never breaks his promises and finds it insulting to tell him to forget about doing something he has promised to do.

I admire his willingness to improve himself, not only physically by doing sports, but also mentally, by reading books all year long. I think he reads more than 50 books each year. I learn a lot if things from him and I am very proud to have such person as a friend. He is fun, humble and very helpful friend. I can say we became friends over the course of a month, and we've been close ever since. I really love that guy, he became part of my family.

Given the recent news that he has been charged with some serious crimes, I do believe the truth will come out it will be proven that he is innocent. Knowing how much Konstantin likes to be outdoors, being locked somewhere must be awful for him and I hope he will be released on bail, so that he can fight the case.

Yours truly,

Rosen Mitkov Dimitrov

# EXHIBIT 3

From: Petar Toshkov Mustakov

Address: 2 Parashutist Str.,Mirovyane village, Bulgaria


9th April 2019


To:

Hon. Edgardo Ramos

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007


Your Honor,

My name is Petar Toshkov Mustakov, I am from Bulgaria and I have known Konstantin for two years. We know each other from sports since we are both into martial arts. I know Konstantin as a very determined, hard-working, very ambitious and good person.

He is the most positive- thinking person that I know, always trying to help others in need. He helps dog shelters by donating food and spending time with the dogs and is also involved in charity initiatives. He often offers me and our friends different initiatives that we feel very well after. I strongly believe that Konstantin is not a dangerous person. I am sure that he will fight the case and prove his innocence and he does not represent a flight risk, because he will never let his name remain uncleared.

Yours truly,  *Peter Mustakov*

# EXHIBIT 4

By:

Petyo Mladenov Pagelski

Address:
Bulgaria, Novi Iskar, 3 "Kremenica Str., entrance B, floor 3", ap. 9

7th April 2019

To the attention of
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

I am Petyo Mladenov Pagelski and I have known my friend Konstantin Ignatov for a few years. We know each other from the gym where we practice Sambo. He started coming to the gym a couple of months after I started practicing. I remember when he first came to say Hi and he told me that he is impressed with how much effort I put into this. I initially thought he was being ironic, because I was also a beginner, but when I got to know him better I understood that he appreciates other people's willingness and persistence to learn and achieve something more and he is just frank when he talks and tells you everything that is on his mind. I really like this quality, because I know that I can count on everything he has said and promised. I appreciate him a lot, as he has proven to be a man who I know will always try the best he can to help and will never ask for any appraisal. He always helps people, and not only people, but animals, too. He has adopted several dogs that were almost dead when he took them. And he did not abandon them afterwards but keeps looking after them. Several months ago he gathered me and our friends to figure out how we could help a little girl who had health problems.

Now there are some serious charges against him, I cannot even assume he could be guilty, as this does not correspond with the person I know. Konstantin is indeed a man of his word and has never broken a promise, no matter if it was for something not that important or very important. I am certain that if his bail application is approved, he would not be a flight risk and he will definitely show in court to sort out this case.

Kind regards,

Petyo Mladenov Pagelski

# EXHIBIT 5

Angel Kostadinov Varbanov

Sofia, 509 Ovcha Kupel, Residential complex , entr A, floor 2, ap. 4

8 th   April 2019

To the attention of:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

My name is Angel, I have known Konstantin for a couple of years. For this time I have had a lot of positive emotions, who changed my life, thanks to my friend Konstantin.

I got to know him when I started practicing martial arts and it turned out we have a lot of common interests not only for sports, but for music and healthy- living. He has become one of the most valuable people in my life because I had a big personal drama and he stood by myself and spent a lot of time to get me out of the depression I was into. I had basically lost my faith in people around me, but he proved me there are still honest, true- blue people, who can only serve as an example to others and inspire them to live up to the highest moral principles. His personal example of everything he has done for me and for others is just so contradictory to the news I saw on TV for him being arrested and detained. For this reason I think there must be some great confusion around the accusations against him and I am absolutely confident he will prove his innocence. Knowing Konstantin, he will be more than happy to appear before you and defend himself and I only wish he is safe and be able to wait for the trial outside of the detention centre, because it must be very devastating to be there.

Respectfully,

Angel Kostadinov Varbanov

# EXHIBIT 6

КОНФИДЕНТ   Софиа 1000, ул. 6 "Септември № 4, етаж 5, тел.: 02 / 980 93 17, моб.: 0886 80 45 73
1000 Sofia, Bulgaria, 4 "6" Septemvri St., fl. 5, tel.: +359 2 / 980 93 17, mobile: +359 886 80 45 73
E-mail: office@confident-bg.com ; www.confident-bg.com

*Translation from German*

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Sirs and Madams,

My name is Sebastian Tost and I write here a few lines about Konstantin Ignatov, how I met him and how he became a part of my life and that of my family.

As regards myself - my name is Sebastian Tost and I was born on 20.05.1985 in Eisenach.

I am married to Jasmine Tost and together we have 2 children.

I met Konstantin Ignatov through my wife in the middle of 2014 due to a dog-related support.

Konstantin Ignatov has been a close and important friend of my wife for a long time and in the following years he became also a good friend of mine and a part of our family.

Since last year he became also the godfather of our son Paulo Patrice and also our daughter has him close in her heart.

Over the years, I know him as a helpful, friendly and loyal person.  Until his arrest, he was in constant contact with my wife and always was open to hear our concerns and problems.

He has always helped us as much as he can, and even when the financial situation with us seemed poor, he immediately appeared and helped us.

It's not just the fact that he helped us in different situations, indeed he always thought about others.  It was also happened to give a new home to dogs with him or to support a shelter for animals with food, as well as to support social projects.

Konstantin Ignatov is not only concerned about himself and that he is well, he also thinks of his family, his friends and people who are not so well.

The arrest and the allegations that have been accused of shocking me, respective us and are incomprehensible for ourselves.

I believe in his innocence and hope to be able to give a hug him soon.

Sincerely,
*(signature – illegible)*
Sebastian Tost

*I, the undersigned Kristina Voyhunova, attest to the authenticity of the German – English translation I have made for the attached document. The translation consists of 1 (one) page.*

*Translator:*

To:

Hon. Edgardo Ramos

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Sehr geehrte Damen und Herren,

mein Name ist Sebastian Tost und ich schreibe ihnen hier ein paar Zeilen über Konstantin Ignatov,
wie ich ihn kennengelernt habe und er ein Teil meines und dem Leben meiner Familie wurde.
Zu meiner Person, ich heiße Sebastian Tost und bin am 20.05.1985 in Eisenach geboren.
Ich bin mit Jasmine Tost verheiratet und zusammen haben wir 2 Kinder.
Konstantin Ignatov habe ich durch meine Frau Mitte 2014 kennengelernt auf Grund einer
Vermittlung eines Hundes.
Konstantin Ignatov war schon seit einiger Zeit ein enger und wichtiger Freund meiner Frau und in
den folgenden Jahren wurde er auch ein guter Freund von mir und ein Teil unserer Familie.
Seit letztem Jahr ist er auch der Patenonkel unseres Sohnes Paulo Patrice und auch unsere Tochter
hat ihn in ihr Herz geschlossen.
Über die Jahre hab ich ihn als hilfsbereiten, freundlichen und loyalen Menschen kennengelernt.
Er stand bis zu seiner Verhaftung im stätigen Kontakt mit meiner Frau und hatte immer ein offenes
Ohr für Sorgen und Probleme.
Er stand uns immer mit Rat und Tat zur Seite und selbst wenn es finanziell mal schlecht bei uns
aussah war er sofort zur Stelle und hat uns geholfen.
Nicht nur, dass er uns in verschiedenen Situationen geholfen hat, er hat auch immer an andere
Gedacht. Sei es das er Hunden ein neues zuhause bei sich gegeben hat oder ein Tierheim mit Futter
unterstützte oder soziale Projekte unterstützt hat.
Konstantin Ignatov ist nicht nur auf sich bedacht und das es ihm gut geht, er denkt auch an seine
Familie, seine Freunde und an Menschen denen es nicht so gut geht.
Die Verhaftung und die Anschuldigungen die ihm vorgeworfen werden haben mich bzw. uns
schockiert und sind von uns nicht nachvollziehbar.
Ich glaube an seine Unschuld und hoffe, ihn schon bald wieder in die Arme schließen zu können.

Mit freundlichem Gruß

Sebastian Tost

# EXHIBIT 7

10 th April 2019

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Vladimir Todorov Gunev and Konstantin Ignatov is my sister's ( Kristina Gouneva) boyfriend.

I am 28 years old and Kristina is my bigger sister. When she started dating Konstantin, I was very curious to see him, because she is very hard to be impressed as she expects the perfect attitude and has many requirements. Konstantin didn't look like anyone she has dated so far, but when I saw how happy he makes her and how excited she is about him and always in her best mood when she is with him, I sorted out he must be worth it.

I managed to understand what is this about him that she likes, but also that makes him a person worth knowing. Konstantin is well- behaved, calm and with good temper. He is responsible and helpful. There was this one time when my girlfriend had to go to hospital and I was out of town. I called my sister to help my girlfriend and Konstanin just took everything in his hands, dropped everything he was doing, drove my girlfriend to the hospital, talked with the doctors, made sure the best specialists would take care for her and basically did my job. He did not have to, but this is just him as it turned out many times after that- he would do everything to help if he can and he will put the interest of his family before his own. And, indeed, I do treat him as family already.

I am confused with the charges against him as he is very strict about abiding the law. I am keen on driving a little faster, especially on the highway, and when we were driving last summer to the seaside, we had this discussion that started from speed limits and ended with Konstantin firmly stating that all laws in general exist for a reason and we should all abide them, otherwise it would be chaos. This is why I also know Konstantin is not a flight risk and I hope his bail application will be approved .

Yours Faithfully,

..............................................
/Vladimir Gunev/

7 Zeleno dyrvo Str.
Sofia, Bulgaria
+359 889378985

# EXHIBIT 8

A: 7 Zeleno darvo Str.
1134 Sofia, Bulgaria
M: +359889918120.

8 th April 2019

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Mihaela Miroslavova Toteva and I am a friend of Konstantin Ignatov. I was shocked to hear he was charged with such a serious crime and he would need to appear before you to argue for bail, because this does not even sound like him. I really hope Konstantin will be able to prove he is innocent.

I live in Bulgaria, I am 31- year-old and I have known Konstantin for less than a couple of years, when he started dating my best friend Kristina, who was my flat- mate back then. I must say I am always very careful and even suspicious when it comes to my best friend's new boyfriend, because, naturally, we look after each other and want to make sure she will feel well with the person next to her. It turned out that he is a nice and caring guy, who I approve of very much!

When you are already in your thirty's, it is very rare to meet someone who you would like to call your friend. And I feel very lucky I have met Konstantin and I am very proud I can call him my friend. I was initially intimidated by his tattoos and could only look at them, until I got to know him better and tattoos no longer made any impression to me. He treats people with respect and without any prejudices. I guess because he himself has suffered a lot from other's prejudices. Konstantin has a very good attitude to people, he is a good listener and he is always ready to help as much as he can. Last time I broke up with my boyfriend, and I was a mess, he accidentally saw me on the street and without any questions about what has happened to me, he just sensed I was not feeling well, and even though he was hurrying for somewhere, he stopped to talk with me and understand what has happened. He told me I should believe more in myself and that I deserve a better person and I can always count on him if I need any help. I appreciated this so much.

What I most like about him is how he treats my best friend Kristina and how she feels around him. They have different lifestyles, but they are so attracted to each other and everything happens so naturally. Their smile does not fall from their faces when they are together or when they chat with each other over the phone. And when they learned they are expecting their baby, they were so happy. Konstantin promised to be the best father in the world and immediately started thinking what books for new-born babies he shall start reading and thought of even more ways to make Kristina feel well now she was pregnant. They are making plans for their baby and their future life

and I believe he will do everything possible to clear his name and prove his innocence. I hope his bail application will be approved as there is really no need to hold him arrested or contained, because he  does not have a reason not to fight this case, and containing any innocent person can have major effects on their physical and mental health, which would be such a pity, especially when this person is a future father and would like to give their best to their child.

Sincerely,

# EXHIBIT 9

To:

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

April 10, 2019

Dear Judge Ramos,

My name is Asen Chanev and I have known Konstantin Ignatov for 2-3 years already. When I first heard about his arrest, I literally could not believe what has happened and I was shocked.

For me Konstantin is a very open-minded person and a really good friend. He is very responsible and has a big heart. He has always been very considerate and understanding, always showing compassion towards anyone who needs advice or help.

I met Konstantin and we became close friends during our visits at the shelter for homeless or sick dogs. I was truly amazed by his love for animals and the way he cares about them. He was the initiator of a charity campaign to raise funds for food and medicine for the stray and helpless animals. During that time, I was feeling proud to be part of his campaign and, as I saw his kindness, I felt a better person myself. Every month we opened the box with the charity funds and bought food and medicine which we brought to the organizations "Last hope" and "Four paws". At that we became close and he became my best friend. He showed how different he is and how loyal he can be.

When he helped me to cope with the hardest moment of my life, when everybody ran away and forgot about me, he was there for me. And at that time, I knew how kind his heart is and what good friend he is. And exactly because of his honesty and responsibility he would stay firm and prove that he is innocent.

Sincerely yours,

Asen Chanev

# EXHIBIT 10

Kristina Gouneva
A: 9 Graf Ignatiev Str.
1000 Sofia, Bulgaria
M: 00359 887 242 734

8th April 2019

To: Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Kristina Gouneva. I am 31 years old, Bulgarian citizen. I am writing with respect to Konstantin Ignatov's bail application and his appearance before the Court to argue for bail, aiming to convince you that he deserves trust and that he can be relied on – fact that I strongly believe in.

I met Konstantin Ignatov for the first time a year and 4 months ago and he is now the love of my life and the father of the child I will give birth to hopefully at the end of October 2019. There is no doubt he is the sweetest, kindest and the most caring and loving man I have ever met. And I must say I feel lucky that he will soon be the father of my child and I am so happy I have this responsible, noble and generous man by my side. My whole family loves him, and they are all very impressed with his sense of responsibility and justice, his huge heart and respectful attitude. We all became so close in a very short time.

I still cannot believe what has happened to us. We were so happy with the news about the baby. Then the news for him being arrested came to me on 7th of March, and here starts my nightmare. I was shocked when I read the complaint against Konstantin and that he is suspected to have committed such a serios crime. Your Honor, I know Konstantin very well, and for the past year I have spend most of my daily life with him, and I must say that the statements set in the complaint have nothing to do with Konstantin I know. There is a major misunderstanding and I strongly believe, Your Honor, that you will not let a person as Konstantin, spend even one more day in jail, because of a simple misunderstanding and statements supported by no evidence. I am convinced that Konstantin will soon manage to prove his innocence, but meanwhile such kind and sensitive person does not deserve to spend even a day in such place, where I can assure you, he doesn't belong. Konstantin is not a criminal, he is honest and honorable man, always helping and giving. Konstantin is a very proud and moral person, and he will never allow such a black spot to remain on his name, and he will cooperate with authorities in any way to clear his name and reputation, for which he has worked for a lifetime. That is way I am convinced that he will obey the court's conditions of release should bail be granted and is not a flight risk.

I sincerely hope that the United States Justice system will treat him in accordance with the principle of innocence until proven guilty, and that he will be allowed to have at least close to a normal life until a final ruling on his guilt/innocence.

Sincerely,

Kristina Gouneva

# EXHIBIT 11

Plamen Ignatov
Home address: Lyuliakova gradina str. 3
Bulgaria, Sofia city, 1113
Mob: 00359 885 836 519

7th April 2019

To
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

I am Konstantin's father. I am proud of him and I am thankful to have him. He is my only son and because of that me and him have always been really close to each other. He a very kind person, really caring and respectful, he is a good listener and has always helped people in need however he can, most of the time taking the initiative even before being asked for help. A few years ago, I had serious health problems and I had to undergo a heart surgery. During those hard times for me Konstantin was always by my side, supporting me, overtook my responsibilities and was taking care of the family. Without him I wouldn't have managed to successfully cope with my sickness. Even after the surgery and during the recovery period, Konstantin continued to support me, his mother and his family the way he has always done. I am grateful from the bottom of my heart and I am blessed to have a son like him. I am sure that not only in good but in bad times as well he would still be supporting his family and would do even the impossible to help anyone who needs him. I am also sure that his current situation is a result of a misunderstanding and I am sure that he will manage to convince everyone in that because he is a strong, sincere and noble young man and couldn't have possible done any harm to anyone.

Yours faithfully,

Plamen Ignatov

# EXHIBIT 12

КОНФИДЕНТ

E-mail: office@confident-bg.com ; www.confident-bg.com

*Translation from German*

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Sirs and Madams,

My name is Jasmine Tost, born 20.10.1986, I have 2 children and I live in Germany.

I would like to tell you today how I met Konstantin Ignatov and how I consider him as a human being.

I met Konstantin for the first time in autumn 2013 in Stuttgart in a tattoo studio. We started talking about a mutual friend and began to understand each other very well immediately. The love to our dogs connected us quickly. We kept regular contact from this day on.

In the late summer of 2014, we saved a dog retained in a cage and found him a suitable new home. I immediately thought that this dog was the perfect dog for Konstantin and supported him regarding the dog. He cared for the dog all these years and namely through this support from my part our friendship became deeper and stronger.

Konstantin was always there for me no matter where he was travelling around the world. He is like a big brother to me, who supports me when I feel unstable. He encourages me when I feel off powers and is the man who just drives me daily to never give up, no matter how many stones life puts in your way. He also supported me financially when I was out of money.

Konstantin Ignatov is the godfather of our son Paulo Patrice. Our children adore him and are always happy when he visits us. He was also an honourable guest at our wedding in July 2017. I am glad and grateful to have him in my life and I know how to appreciate his friendship. I cannot imagine that Konstantin should have violated the law. He is the most honest, loyal and warmest person I know. I hope the matter will be resolved very soon and Konstantin may be free again. Also, I am sure that Konstantin Ignatov will be willing to participate in the clarification of the case. We really miss him very much!

Sincerely,
*(signature – illegible)*
Jasmine Tost

*I, the undersigned Kristina Madjonnova, attest to the authenticity of the German - English translation I have made of the attached document. The translation consists of 1 (one) page.*

*Translator:*

To:

Hon. Edgardo Ramos

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Sehr geehrte Damen und Herren,

mein Name ist Jasmine Tost, geboren am 20.10.1986, habe 2 Kinder und ich lebe in Deutschland.

Ich möchte Ihnen heute erzählen, wie ich Konstantin Ignatov kennen gelernt habe und wie ich ihn als Mensch einschätze.

Ich traf Konstantin das erste mal im Herbst 2013 in Stuttgart in einem Tattoo Studio. Wir kamen ins Gespräch über einen gemeinsamen Freund und verstanden uns auf Anhieb sehr gut. Die Liebe zu unseren Hunden verband uns schnell. Wir hielten ab diesem Tag regelmäßig Kontakt.

Im späten Sommer 2014 halfen wir einem Hund aus einer Zwingerhaltung raus und suchten ein neues und geeignetes Zuhause. Ich spürte gleich, dass diese Hündin der perfekte Hund für Konstantin war und vermittelte sie an ihn. Er kümmerte sich all die Jahre rührend um sie und durch diese Vermittlung wurde unsere Freundschaft immer tiefer und stärker.

Konstantin war immer für mich da, egal wo er gerade auf der Welt unterwegs war. Er ist für mich wie ein großer Bruder, der mich stützt, wenn ich mal wanke. Der mich stärkt, wenn meine Kräfte schwinden und der mich einfach täglich Antreibt, niemals aufzugeben, egal wie viele Steine das Leben einem auch in den Weg stellt. Auch half er uns finanziell, wenn es mal eng wurde.

Konstantin Ignatov ist der Patenonkel unseres Sohnes Paulo Patrice. Unsere Kinder sind ganz vernarrt in ihn und immer glücklich, wenn er zu Besuch ist. Auch war er der Ehrengast auf unserer Hochzeit im Juli 2017. Ich bin froh und dankbar, ihn in meinem Leben zu haben und ich weiß seine Freundschaft zu schätzen. Ich kann mir nicht vorstellen, dass Konstantin gegen das Gesetz verstoßen haben soll. Er ist der ehrlichste, loyalste und herzlichste Mensch den ich kenne. Ich hoffe die Angelegenheit wird sehr bald geklärt und Konstantin darf wieder frei sein. Auch bin ich mir sicher, dass Konstantin Ignatov gewillt sein wird, bei der Aufklärung mitzuwirken. Wir vermissen ihn wirklich sehr!

Mit freundlichem Gruß

Jasmine Tost

# EXHIBIT 13

Temenuzhka Sokolova Dimitrova
Town of Novi Iskar, 3 Kremenica Str., entrance B, floor 3 ap. 9

7 th April, 2019

To the attention of
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

I am Temenuzhka Dimitrova and my sons Rumen and Rosen brought Konstantin to a Saturday lunch at home. When I met Konstantin, I couldn't help asking myself if this boy ever stops smiling? Over time, it was Konstantin who never quit telling me that I should never forget to smile and that "anyone can take everything from you, but not your smile"! And he has brought a lot of smiles in our home, making our family bigger with one more son. I am always very happy when he comes every Saturday and I always cook his favorite vegan dishes with great pleasure. He very much likes how I cook the bean and lentils soup for him and I am very fond when I see his big smile when he sees them on the table. He never forgets to thank me and show how much he appreciates my time cooking them. Even my own sons stopped taking me for granted, because of Konstantin and started showing appreciation for my time preparing for them. And I see a great difference in them, being more positive and more kind and determined because of the good example Konstantin gives them. I am very thankful Konstantin joined our life and makes it completer and more meaningful with such small but essential things like showing appreciation, being respectful, responsible and showing he cares. That's why I miss our Saturday lunches very much now and wait for him to prove that these serious crimes he has been accused of are not true. Konstantin has a very strong sense of dignity and self-respect and he will do everything necessary to clear up his name. I hope his bail will be approved, so that he is safe while he fights the case.

Sincerely,

Tamerashka Subishas Denbava
Town of West kbac, 3 Kveeverup Str   entrance 9, floor 3 ap. 9

3 rd April, 2019

To the attention of
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

I am Tamerashka Denbava and my sons Ruslan and Rossa brought Konstantin to a Saturday lunch at home. When I met Konstantin, I couldn't help asking myself if this boy ever stops smiling? Over time, it was Konstantin who never quit telling me that I always reveal happiness to smile and that "stresses can take everything from you, but not your smile"! And he has brought a lot of smiles in our home, cooking our lovely bigger side one more size. I am always very happy when he comes every Saturday and I always cook his favorite vegan dishes with great pleasure. He very much likes how I cook the bean and lentils soup for him and I am very kind when I see he big smile when he eats them on the table. He never forgets to thank me and show how much he appreciate my time cooking them. Even my own sons stopped telling me for granted, because of Konstantin and started showing appreciation for my time preparing for them. And I see a great difference in them, being more positive and more kind and determined because of the good example Konstantin gives them. I am very thankful Konstantin joined our life and realize it complicate and more meaningful with each small but essential things like showing appreciation, being respectful, responsible and showing he cares. That's why I even see Saturday lunches very much now and wait for him to prove that these qualities of me he has been discussed of are not true. Konstantin has a very strong sense of dignity and self-respect and he will do everything necessary to clear up his name. I hope he ball will be approved, so that he is safe while he fights the case.

Sincerely,  *[signature]*

# EXHIBIT 14

TO
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<u>CHARACTER LETTER for KONSTANTIN IGNATOV</u>

From: Vladimir Ivanov Nikolov
Personal Identification Number 8508246605
Sofia, Bulgaria
District Vitosha, Chavdar Mutafov 10 str, postal code 1700
Mail: purezone@abv.bg  cell phone: +359888006114

Your honor,

I have known Konstantin Ignatov and his family for more than five years, and I boldly say that at that time they have become one of my closest friends - for me they are as part of my family.

I am aware that at present the law enforcement authorities of the United States of America have charged him with a serious crime and that Konstantin will appear before you, your honor, to argue for bail. In his support I want to tell you my personal impressions of him.

My first great impression of Konstantin was his spiritual purity and simplicity, as well as his love for children and animals, the fact that he is a vegan and his commitment to protecting the environment and protecting the rights of the needy. This set of positive qualities I have rarely encountered in one person. We quickly approached our common interests, started to see each other often and share experiences in our sporting activities, to support and advise as our close friends do.

Konstantin is humble, good, responsible, loving person. For me, he has always been an example of stability. He not drinking alcohol and is looking after his health, and responds with joy to help everyone who wants to follow a positive development and build himrself as successful people, an example of what he is.

From my experience, I know that one can easily recognize if a person is good and noble in the attitude he has toward the weaker. Konstantin moved from Germany back to Bulgaria 2 years ago together with his two dogs, Magot and Otto, for whom he cared like they are his children, and then his number of pet lovers increased further. Konstantin became a benefactor of one of the dog shelters in Sofia, which assisted with regular supplies with dog food there. He also provides these poor animals with love and care, and he sincerely enjoys being a little kid in their company. Years later I saw again that joy in his eyes and his stature in his visits to Africa and his encounter with local children, most of whom without almost any financial and social possibilities.

I also want to share with you my personal experiences and impressions from Konstantin. Three years ago, in my hometown, which name is Parvomai, there was a fundraising campaign for a teenage girl who at birth suffered a severe twist in her spine and needed surgery and implantation in her spine, which essentially was life-saving, the child even could no longer sleep from the pain she felt. Like any compassionate person, I donated money to the campaign and shared it in my Facebook account, and a few minutes later Konstantin called me excitedly and saddened by the girl's story, he asked how and with what he could help. He organized all his friends to help with raising money for the sick girl. I will never forget the tears of gratitude and joy of the girl's mother when I went to the place and gave the raised money. Subsequently, the girl underwent the necessary intervention, she recovered and now lives a new, fulfilling life - Konstantin is part of this new life and will always be. In this line of thought I have two favorite sentences that Konstantin fully shares - "There is no taller person than the one who has bent to help someone in need" and "One of the most real and life-giving things is to help someone who can never have the opportunity to thank you "

Another case in which I once again recognized his generosity and a great heart was last year when my father's health deteriorated drastically. He was first diagnosed with heart failure, which required an operation that later turned out that my father could not withstand without being treated with Simdax beforehand, which you notice was not available in Bulgaria. From the moment, when Konstantin and his family understood what was going on, I had a lot of support - almost day and night he was looking for the drug through his friends and acquaintances in Germany, the UK, Ireland, Spain. Konstantin did not separate from me and supported me all the time. Unfortunately, months later, my father suffered a second stroke disorder, this time in his brain, and I found myself in a situation where I had to spend a sum of money for medical treatment - again Konstantin was supposed to help me with his own resources by giving me all his of savings, and on his own initiative, without even having asked for it. I could always rely on his help and support, his friendly shoulder, and of course he on mine too.

With all my personality, with all my conduct, with all my responsibility, I know Konstantin as an exceptional friend, a valiant man, an honest man who will now more than ever show boldness and will fully co-operate with the judiciary to clarify the case, assists in the lawsuit and will do so to clear his name. I firmly believe that Konstantin deserves to be released on bail and to be given the opportunity to safely prove his innocence and he will do so. I also firmly believe that he will remain in the United States until the final outcome of the trial and that he will not violate his guarantee/bail in any way nor impede justice.

For everything I share with you above, I swear in the Bible that I told the truth, only the truth and the whole truth!

Vladimir Nikolov

# EXHIBIT 15

*A: 3 Lyuliakova gradina Str.*
*11113 Sofia, Bulgaria*
*M: 00359 884 269 289*


9 <sup>th</sup> April 2019


To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Your Honor,


I am Konstantin's mother and I have always been proud of him. Since he was a little boy we have taught him to love and respect family members and relatives, to help with household chores, to respect his grandparents as well. Towards his neighbours he has always been kind, respectful and has always been a child, demonstrating good manners. Since he was very young, he has always had lots of friends – neighbourhood kids, with whom they used to organize and play games, they used to go to the movies together, or they were just dreaming and making plans for the future. Thanks to our family, to his amazing teachers at the school he used to visit and also thanks to the books he is constantly reading, Konstantin grew up as an intelligent and responsible young man on whom you can always rely. If I need any kind of help or advice, he always responds and in many cases, he takes the initiative himself, offering to help with whatever is needed. Konstantin is the son every mother would dream of having – to be proud of him and to be happy to have him. Konstantin is a very social person – he is always surrounded by lots of friends. They travel a lot together, go to musical concerts together or they just gather for a cosy evening together. Many of his friends he has known from his school years and despite the distance of time and despite the fact that some of them live in different cities or even countries, they still manage to see each other. With time passing by, many of his friends have families of their own, but Konstantin still manages to keep in touch with them – he goes to visit them or invites them in his home. Konstantin has many and different hobbies – he loves playing sports and helps his friends play sports, too. He leads a healthy and rational life, he does not smoke or drink alcohol at all. He loves animals, especially dogs. Currently he takes care of six dogs. They are either adopted from dog shelters or they were stray animals and he took them from the street to provide them with a loving and peaceful home, were they will be well taken care of. When it comes to his job, I am aware that he is a very responsible and reliable person, he is always honest and well-mannered with his colleagues. Their work relations in the office are based on mutual trust and respect. I am sure that what is happening to Konstantin right now is an awful misunderstanding, something he is absolutely not guilty of. I sincerely hope the further development of the case proves his innocence

and I sincerely hope that over time he will be able to clear his name from all defamations and accusations. I am positive that he will cooperate with whatever he can to help authorities reveal the truth about himself.

I can write further about Konstantin but I sincerely hope that this will be enough for everyone to know what a wonderful son, friend and colleague he is. Konstantin is role model – always helping everyone with whatever he can and a person you can always count on.


Yours truly,

# EXHIBIT 16

A: 1/6 Alan Street Cammeray. Sydney. NSW. Australia.
2062 P: +613 419 163 142

**9.04.2019**

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square. New York. New York 10007

Your Honor,

My name is Lyndall Vile and I am a good friend of Konstantin Ignatov. I have known
Konstantin for about 2.5 years; we met when he was in Sydney on a brief holiday and
despite the distance between us we have stayed in contact ever since.

I am aware of the reasons surrounding Konstantin's detainment however I would like to
take the opportunity to highlight some of his positive characteristics that Ive come to know
and love - Konstantin has always made time for conversation despite the time difference
and has even opened his home for me to visit and stay on two occasions. He's introduced
me to his wonderful parents and friends, taken me to music concerts and showed me
around his beautiful home country - Konstantin is without a doubt one of the kindest and
most genuine people I have ever met.

He takes care of 6 dogs, almost all of which were without homes and in shelters or strays
found dumped on the streets; as a dog owner myself I think that this is an incredible act of
love and kindness. Konstantin is honest, intelligent and reliable and has always acted with
generosity to his friends, family and colleagues.

I have no doubt in my mind that Konstantin Ignatov with cooperate with authorities to
prove his innocence.

Please don't hesitate to contact me for further information.

You're truely,

Lyndall Vile

# EXHIBIT 17

Mitko Marinov Dimitrov
Bulgaria, Novi Iskar, 3 Kremenica Str., entr. B, fl. 3, ap. 9

7 th April, 2019

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

I am Mitko Dimitrov and I have known Konstantin for almost two years. My sons Rumen and Rosen introduced Konstantin to me one Saturday when they invited him to our family lunch. I am from that generation which does not approve of tattoos and when we first met, his tattoos did not make a good impression to me. But it took just one lunch to see he is not his tattoos but a very positive, good and cheerful young man, which makes a very good company, because he is humble, well- educated and has many interests related to doing sports, reading, charity and music. It became a tradition to have him every Saturday with us to share our family lunch and he has become a family member already. We share good and bad times. We often joke he is my third son. And I am very happy my sons Rosen and Rumen have had the chance to meet such a good person and make friends with him, because he has a very good influence on them being a great example for a hard- working, loyal and strong man.

I can say that I know Konstantin well because we have spent a lot of time together and I know his values and how much he believes in God and lives up to his rules and this is why I don't believe that he can do something unlawful. I know that Konstantin will prove this in court and will not leave such a stain on his name and for this reason he does not pose a flight risk.

Sincerely,

# EXHIBIT 18

**Tsvetan Diklyovski**

mob.+359 898 502709
Sofia,Bulgaria
email:ceco_dc@abv.bg

April 9. 2019
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York. New York 10007


Dear Hon. Judge Ramos,

I am writing to you on the matter of Konstantin Ignatov bail application. He is a cousin of
my wife Tsvetomira Diklyovski. I do recognize the seriousness of the allegations he is
facing and as such I would like to share that he was and is always serious in his affairs
and the family therefore I strongly believe he will stand against all charges to have his
name cleaned.

Thank you for your attention
Tsvetan Diklyovski

# EXHIBIT 19

9 th April 2019

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Krasimira Georgieva, I am 57 years old and I hope one day Konstantin Ignatov will be my son-of-law. My daughter, Kristina Gouneva, started dating him about a year and a half ago and I finally felt she met a man I would approve of. Konstantin is a kind boy, with good manners and with a lot of good in him.

First time they came to visit me, I understood how thoughtful he is as I was very concerned what to cook him, because he is a vegan and I wanted to make him comfortable and show some hospitability. The boy had brought some food with him in order not to bother me or anyone with his choice of being a vegan. I was fascinated. And this was just the beginning. He is so respectful and makes you feel comfortable and safe in his company. I feel calm and comfortable when my daughter is with him, because I recognize in this boy a lot of strength, ambition and rationality. I see that my daughter feels very secure with him and this makes me happy. I am even happier now that they are expecting their first child and I am convinced he will be able to prove before you he has done nothing wrong. I do hope that his bail application will be approved in order for him to be able to keep his mental and physical health in good shape, so that when the case is closed, he can return safe home and be next to my daughter and the child they are expecting.

I have no doubt that Konstantin will follow all the conditions of the bail and he will stay in the United States and fight this case until its finished and will never "jump bail."

Yours faithfully,

...............................................

14 Mizia.Str.
5000 Veliko Tarnovo, Bulgaria
e-mail: k.georgieva@yavlena.com

# EXHIBIT 20

*Nicole Atanasova*
*Adresse : 47 Kroum Popov Str.*
*Sofia, Bulgaria.*

**10 th April 2019**

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Nicole Atanasova and I am lawyer with the Sofia Bar Association since 2013.

I have known Konstantin since last year as our first encounter was in the course of my work duties as a lawyer. My first impression of him was to be a calm, balanced and nice person who despite his nonstandard look has revealed to be a very responsible and reliable employee dedicated to performing his responsibilities with due diligence.

My understanding of his character has evolved given that in the past 6 or so months he has been dating my colleague att. Kristina Gouneva. I have been a firsthand witness to his love for her and all the attention and care he has shown in their relationship. He has proven to be a loving and understanding partner on who Kristina could always count on for moral support and life advise.

Given my above impressions on Konstantin's character I am writing this letter in connection with his bail application given the fact that he has been charged with a serious crime and will shortly appear before your Honor's court to argue for bail. I believe that Konstantin, as a reliable member of the community, is not a flight risk and he will put all of his dedication to fighting this case and clear his name and reputation.

Sincerely,

Nicole Atanasova

# EXHIBIT 21

# Tsvetomira Diklyovski

Mob.+359 897 252664
Sofia.Bulgaria
Email: cvetomira.k@abv.bg

April 9. 2019
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York. New York 10007

Dear Hon. Judge Ramos.

My name is Tsvetomira Diklyovski and I am appealing to you for my cousin Konstantin Ignatov bail application. I have missed him in my childhood as we grew in different country but we met at teenagers. He became a close and trusted friend of mine helping me with many of my life choices. I fully understand how serious crimes he is being charged with and I am sure there is no risk for him to jump bail. I think that this situation is result of misunderstanding.

Sincerely yours,
Tsvetomira Diklyovski

# EXHIBIT 22

A: 45 Dimitar Vechev Str.
Novi Iskar, Bulgaria
M: +359888009028

10 th April 2019

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Rumen Mitkov Dimitrov and I consider myself as a very close friend of Konstantin.
Me and my brother Rosen are professional Sambo athletes and we run a martial arts gym. I first
met Konstantin when he visited a class to watch how we are practicing. It was curious he had
brought his dog with him and even more interesting that next times he came to practice with us,
he was always with a dog but a different one! It turned out these dogs, all seven of them, were all
rescued by him and whenever he can, he brings at least one of them wherever he goes. This was
not corresponding to Konstantin's looks, as he looked like a very tough guy, but as it turned out
he was very compassionate. I was curious if he was one of the people that just starts training
something and would quickly give up. He turned out to be very consistent and passionate about
training and showed great character, as well. Our relationship grew quickly into a great friendship.
We spend family holidays together and he is with me and brother supporting us in very important
or difficult times for us. I appreciate what a dedicated person and friend he is and I look up to him
a lot, as he is always being a great example for dignity, honesty and reliability. This is why when
I read all that I could find in the media about the case against him, I do not believe that Konstantin
has something to do with this. I will keep stating that he is not guilty on the charges against him
and I am sure that his innocence will be proved in court. He is an amicable and peace- loving
person and I hope he will also be granted a conditional release, so that he is not detained together
with people that may be not so amicable and good- tempered like him. Konstantin is a very proud
man and I have no doubt he will appear in court when required in order to clean up his name.

Sincerely,

Rumen Mitkov Dimitrov

4, 42 Dimitar Vezhenv Str.
Novi Iskar, Bulgaria
tel: +35988809009

10ᵗʰ April 2019

To:
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Ruman Mitkov Dimitrov and I consider myself as a very close friend of Konstantin.
Me and my brother Rosen are professional Sambo athletes and we run a martial arts gym. I first
met Konstantin when he visited a class to watch how we are practicing. It was curious he had
brought his dog with him and even more interesting that next times he came to practice with us
he was always with a dog but a different one! It turned out these dogs, all seven of them, were all
rescued by him and whenever he can, he brings at least one of them whenever he goes. This was
not corresponding to Konstantin's looks, as he looked like a very tough guy, but as it turned out
he was very compassionate. I was curious if he was one of the people that just starts training
and would just quit, but he turned out to be very consistent. I consider my relationship grew quickly into a great friendship.
We spend family holidays together and his with me and brother supporting us in very important
or difficult times for us. I appreciate what a dedicated person and friend he is and I look up to him
a lot, as he is always being a great example for dignity, honesty and reliability. This is why when
I read all that I heard being said about him in the media about the case against him, I do not believe that Konstantin
has something to do with this. I will keep stating that he is not guilty on the charges against him
and I am sure that his innocence will be proved in court. He is an amicable and peace-loving
person and I hope he will also be granted a conditional release, so that he is not detained together
with people that may be not so amicable and good-tempered like him. Konstantin is a very proud
man and I have no doubt he will appear in court when required in order to clean up his name.

Sincerely,
Ruman Mitkov Dimitrov

# EXHIBIT 23

**Dr. Todor K. Gounev**
Teaching Professor

Telephone: (816) 235-2294
E-mail: gounevt@umkc.edu

April 17, 2019

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:     **Konstantin Ignatov**

I am pleased to write this letter in support of Konstantin Ignatov's bail application. I am a Teaching Professor in the Chemistry Department at the University of Missouri-Kansas City (UMKC). I have been working at UMKC since 1995. I know of Konstantin through my daughter, Kristina Gouneva. Konstantin and Kristina have been dating for almost a year now, and have become very close. My impressions of Konstantin are based on my conversations with Kristina about their relationship. She tells me that he is a motivated, creative and compassionate young man with a strong work ethic. He is also a good, honest and caring individual who wouldn't hesitate to help others in need. I understand that Konstantin has been charged with serious crimes, but he feels that he is innocent, and he is eager to defend his actions in court. I am convinced that Konstantin is not a flight risk, as he strongly believes that his actions in the matter he is accused of were appropriate and lawful, and his idealistic nature and honesty will drive him to fight this case, prove his innocence and defend his reputation. For this reason, I believe that Konstantin should be afforded a bail. Please do not hesitate to contact me if you have any further questions. My phone number is (816) 235-2294 and my e-mail address is: gounevt@umkc.edu.

Sincerely,

Todor K. Gounev, Ph.D.
Teaching Professor of Chemistry