USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 6/25/2019

LAW OFFICES OF
**JEFFREY LICHTMAN**
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

**MEMO ENDORSED**

PH: (212) 581-1001
FX: (212) 581-4999

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

June 24, 2019

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The bail hearing is adjourned to Friday, June 28, 2019, at 2:00 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/25/2019
> New York, New York

Re: **United States v. Konstantin Ignatov**, S7 17 CR 630 (ER)

Dear Judge Ramos:

    I am writing on behalf of defendant Konstantin Ignatov and with the consent of the government to respectfully request an adjournment of tomorrow's detention hearing so that I may have an opportunity to review the government's submission with the defendant prior to this hearing. I am informed by Your Honor's courtroom deputy that Friday, June 28 at 2 p.m. is convenient for the Court, and should there be any issue with that date, I am also informed that July 9 at 11 a.m. is available as a backup date.

    Thank you for your consideration on this application. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    All counsel (by ECF)