UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: July 9, 2019
```

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

KONSTANTIN IGNATOV,

                Defendant.

**RESCHEDULING NOTICE**

17 Cr. 630 (ER)

Ramos, D.J.:

The status conference currently scheduled for July 19, 2019 at 11:30 AM **is hereby rescheduled to July 19, 2019 at 11:45 AM** in Courtroom 619 before the Hon. Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Dated:    July 9, 2019
             New York, New York

                                                Edgardo Ramos, D.J.