J6SPIGNC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

             v.                          17 CR 630-3 (ER)

KONSTANTIN IGNATOV,

             Defendant.

------------------------------x

                              New York, N.Y.
                              June 28, 2019
                              2:00 p.m.

Before:

                HON. EDGARDO RAMOS,

                              District Judge

                    APPEARANCES

GEOFFREY S. BERMAN,
    United States Attorney for the
    Southern District of New York
CHRISTOPHER DiMASE, Assistant United States Attorney
JULIETA V. LOZANO, Special Assistant United States Attorney,
                    Manhattan District Attorney's Office

JEFFREY HARRIS LICHTMAN
JEFFREY BENSON EINHORN
    Attorneys for Defendant

ALSO PRESENT:  ELON SCHMIDT SWARTZ, Intern with AUSA

J6SPIGNC

1            (In open court)

2            (Case called)

3            MR. DIMASE:  Yes, good afternoon, your Honor.

4  Christopher Dimase for the government.  I'm joined at counsel

5  table by Special Assistant United States Attorney Julieta

6  Lozano from the Manhattan DA's office, and an intern from our

7  office for the summer, Elon Schmidt Swartz.

8            THE COURT:  Good afternoon.

9            MR. LICHTMAN:  Jeffrey Lichtman and Jeffrey Einhorn

10  for defendant, Mr. Ignatov.  Good afternoon, your Honor.

11            MR. EINHORN:  Good afternoon, your Honor.

12            THE COURT:  Good afternoon to you all.

13            This matter is on for a bail hearing at the request of

14  the defendant.  So Mr. Lichtman or Mr. Einhorn, I'm happy to

15  hear you.

16            MR. LICHTMAN:  Thank you, Judge.  May I use the

17  podium?

18            THE COURT:  Yes, of course.

19            MR. LICHTMAN:  Thank you.  Judge, if I can, obviously,

20  you're aware that detention is only for the most limited group

21  of defendants, and defendants, as we know the law, says should

22  be released under the least-restrictive conditions which will

23  reasonably assure the appearance of defendant.  It's,

24  obviously, not a hundred percent.  It's "reasonably assure" the

25  appearance of the defendant, and as we know, the rules of

J6SPIGNC

1    evidence don't apply here.

2           And as your Honor knows, bail applications are made at

3    the beginning of the case before discovery has gone very far;

4    so I'm typically at somewhat of a disadvantage to the factual

5    assertions made by the government in their papers.  Some of

6    it's based on investigations that I'm unaware of.  I haven't

7    received discovery on.  Some of it is based on discovery that

8    just hasn't been produced yet.

9           So we're sort of left in the position where we take

10   what they say, obviously, they're doing officers of the court

11   and they're doing their best to be accurate, and there are

12   certain things that I can respond to and be able to point to a

13   document.  There are other things that I have to argue against

14   with nothing in my hands.

15          One of the assertions that I would make is the fact

16   that there was a -- found on Mr. Ignatov's phone supposedly was

17   a comment made by him referring to an account in which

18   supposedly stolen funds were in, where he referred to the money

19   as "our money."  As your Honor was told in our letter of

20   yesterday -- just to make sure, we filed an initial letter and

21   then we filed a reply this morning, actually.

22          THE COURT:  And the government filed a response and a

23   surreply.

24          MR. LICHTMAN:  Exactly.

25          THE COURT:  Did you get the surreply, Mr. --

J6SPIGNC

1          MR. LICHTMAN:  We did, yes.

2          So what we showed is that, in fact, the reference to

3     "our money" was not Mr. Ignatov who said it, and look, it's

4     minor point, but it just amplifies that fact that we are sort

5     of stuck a lot of times with their assertion.

6          The other one is the fact that he had a drug problem.

7     Again, I don't anticipate this being the tail that wags the dog

8     here, but if you do a cursory search of Mr. Ignatov on the

9     Internet, he's all over it wearing a shirt, an anti-drug shirt.

10    He's very anti-drug.  He's pro animal.  He's a thoughtful

11    person.  He's not a drug addict, or have any kind of drug

12    issues.  Again, we're stuck with their assertions, and we're

13    just trying to tell you that it doesn't necessarily mean that

14    they're a hundred percent accurate.

15         Again, I'm not faulting the government, but at this

16    stage, sometimes the facts aren't not always as tied down as

17    they would be in trial, obviously.  But what the Court needs to

18    know from the onset is that Ruja Ignatov -- Ignatova, excuse

19    me, the sister of the defendant, is really the main target in

20    this entire scheme.

21         You know about the Mark Scott case.  Obviously, you

22    know about this case now.  Ruja was the one who was indicted

23    first, in October of 2017.  She is alleged to be the mastermind

24    of this multi-year fraud, which began in 2014.  She disappeared

25    in late 2017, years after the fraud had begun and after a huge

J6SPIGNC

1    amount of money supposedly had been stolen from investors,

2    according to the government.

3         And to make matters worse, she disappeared perhaps

4    even within a day of the sealed indictment being brought in the

5    Southern District of New York.  At this point now, she's

6    clearly one of the most wanted female fugitives, I suppose, in

7    the world.  She's been gone for a year and a half, and our

8    position is that he's largely being pointed to as sort of a

9    proxy for her.  They don't have her.  They've got him.  That's

10   the next best thing.

11        Now, they tell us that Konstantin is the leader of

12   OneCoin and replacement for Ruja.  I will tell you this.  You

13   saw some of the e-mails that we've attached.  You haven't seen

14   any of the discovery.  The idea that Konstantin Ignatov, who is

15   moving boxes at Porsche in the logistics department as late as

16   the end of June of 2016 is suddenly taking over for this

17   iron-fisted, very controlling woman, whose nickname in the

18   company was "Her Royal Highness" is, respectfully, absurd.

19        And what I would also point in, and I'm going to go

20   through his history leading up to his time at OneCoin.  The

21   government claims that he started sometime in approximately

22   2015, approximately 2015.  We showed the labor agreement as one

23   of our exhibits, and actually it was June 30th, I believe, 2016

24   before he even began working for OneCoin as Ruja's assistant.

25        He worked for Ruja until her disappearance at the end

J6SPIGNC

of October 2017, and as we showed in the e-mails, he is the --

doing the most menial of tasks for Ruja.  She's ordering

flowers.  She's ordering clothes.  She's ordering furniture.

She's ordering dishes.  She's trying to get to Fashion Week.

She's got sculptures.  He gets berated in an e-mail for not

keeping the filing cabinet organized enough, and the fact that

he had the temerity to order cheap red and blue pens for

OneCoin when they were supposed to be the more expensive

variety.

This is what he -- at a time when they were

communicating without anybody knowing what they were saying,

without the thought that somebody would be reading the e-mails,

he's a lowly assistant, and that's clear in the e-mails.  And

we got those e-mails from the government.  They're from the

defendant's phone.

His main prior work experience, prior to that, as I

said, was in the logistics department at Porsche.  According to

the government, right after he leaves there and becomes this

lowly assistant, he suddenly becomes a high-level executive

sometime after Ruja's disappearance, and certainly by December

of 2017.  And then they claim that by mid-2018, he becomes the

leader of OneCoin.  So we're talking literally two years after

he's carrying boxes at Porsche, he has now ascended to the top

position at OneCoin.

But he is only there as the leader, supposedly, for

J6SPIGNC

1  eight months because he gets arrested the very beginning of

2  March of 2019.  So -- excuse me.  Yeah, excuse me.  So my

3  position is that you've got this multi-billion-dollar fraud,

4  with God knows how many moving parts.  You've got Ruja, who

5  deals with this with an iron fist, and Konstantin Ignatov, who

6  starts in the end of June 2016, by December 2017, is now a

7  high-level executive.  And then he gets arrested, what is it, a

8  year or so later, and he's now the leader of the organization.

9            I just don't think -- my point of bringing this up is

10  that in the brief period of time of which he is supposedly the

11  leader, compare that to the Marc Dreiers of the world, of the

12  Bernie Madoffs, of all the people's cases that we cited.  The

13  idea that he is immersed in this fraud at such a level as

14  someone who requires detention, and keeping in mind that Dreier

15  and Madoff both were bailed out, is ludicrous.

16            THE COURT:  But the government does provide some

17  evidence by the YouTube video that were included in their

18  surreply.

19            MR. LICHTMAN:  No question.

20            THE COURT:  And in the audio file that they put in

21  with their initial response.

22            MR. LICHTMAN:  It's morbid.

23            THE COURT:  That it appears, even taking you at your

24  word that Mr. Ignatov was a low-level assistant during the time

25  that his sister ran the company, once she disappeared, he

appeared to take on a more high-profile role.

MR. LICHTMAN:  No question, and to their credit, they didn't say that he didn't start as an assistant.  They did point out that he was an assistant to Ruja, and that he rose to the level.

My point is that the idea that he could suddenly come into this company, when he's ordering ceramic flowers one, and the next day, almost virtually, he's now the head of this global multi-billion dollar fraud.  He was the brother of Ruja. He served a purpose because he was Ruja's brother, and what I can gather, he was used as, look, here's Ruja's brother.  This is the next best thing because we don't have Ruja here.

He may have said that he was the leader, but with all respect, with no background, he certainly wasn't trusted with anything even remotely to this level, all of a sudden he's being paraded out as the leader is my point.

But here's an important point.  Let's say that they're claiming he was the leader of the organization.  Ruja leaves in October of 2017.  When she gets some sort of corrupt -- she has a corrupt leak, I suppose, who gives her information that there's this sealed indictment in the Southern District.  Well, she doesn't just leave and go to Germany, a place where she can't be extradited from which we're told is a safe place for the Ignatovs, that they're German citizens.  She disappears completely.  She just vanishes.  There's a trace of her going

J6SPIGNC

1    to Greece, and that's where the trail ends.

2            Why is it, just six months later or so, when he's

3    supposedly got the same intel as Ruja because now he's gone to

4    her spot, her high exalted spot, why doesn't he have the same

5    intel?  Where is he in June of 2018, just, what, eight months

6    after she disappears?  He stops in America on a flight, and he

7    lands there.  He, obviously, didn't feel that there was the

8    same -- whoever told Ruja to leave, didn't tell him because he

9    walked right into the lion's den.

10           And, Judge, this is even -- keep this in mind also.

11   He gets arrested in March of 2018.  He knows that Ruja

12   supposedly has been indicted in a sealed indictment in the

13   Southern District of New York.  He certainly knows that Mark

14   Scott has been indicted a year later, in the fall of 2018, in a

15   case before your Honor.  He still comes to America.  He knows

16   supposedly that all of this stuff is going on, had to know that

17   he was going to be arrested.  He still came.

18           And my position in telling you this is that he may

19   have been a -- given the title or given a title of top

20   executive, but he clearly wasn't treated the same.  And we're

21   told that his sister is his best friend.  That's not how you

22   treat your best friend, by letting them take the fall for you.

23   The point is, he didn't know what was going on, didn't have any

24   of this information.

25           Now, keep in mind, also, that Mr. Ignatov doesn't have

J6SPIGNC

1   the financial background.  It wasn't like this was someone who

2   was studying financial stuff, and that's how he so easily

3   morphed into being a leader.  He wasn't.  I mean, he had no

4   background in this at all, and again, suddenly he's becoming

5   the leader.  And the reason why they're pushing so hard for him

6   to be the proxy for Ruja is because that's what's going to keep

7   him behind bars in a bail argument.

8          If he's not the leader of this

9   four-and-a-half-billion-dollar fraud, keeping in mind that he

10  didn't start with them until the end of June of 2016, he starts

11  when this thing is certainly well on it's way, if not mostly

12  accomplished.  But clearly, this is not the bad person that

13  they're claiming, at least in terms of the cases that they're

14  citing.

15         This was a fraud that was clearly conceived of by Ruja

16  and the other leaders of OneCoin at the time.  No one is

17  alleging that Mr. Ignatov was even a part of the beginnings of

18  this fraud.  As I said, and as you know, Judge, Mark Scott will

19  seek bail in this case.  He was charged with money laundering.

20  Ruja was charged with fraud and money laundering.  Konstantin

21  was just charged with fraud.  He wasn't charged in the initial

22  indictment in October of 2017.  He wasn't charged in the Mark

23  Scott indictment in fall of 2018.

24         We're posting significant assets and conditions.

25  These conditions are severe.  We've got multiple financially

1   responsible people who are willing to guarantee the bond.

2   Obviously, Judge, all the names you're going to get them, the

3   government is going to get them because they're going to vet

4   each and every one of them, I'm sure, back to third grade.  So

5   it's not like this is any kind of secret.  We'll provide all

6   those names.

7           THE COURT:  Who are they?

8           MR. LICHTMAN:  Excuse me?

9           THE COURT:  Who are they?

10          MR. LICHTMAN:  I can give you Hamid Rusel, R-u-s-e-l;

11  Draga Lambreva, L-a-m-b-r-e-v-a; Svetoslav, sorry, this is a

12  very difficult one; so I'm just going to spell it,

13  I-o-c-h-i-c-o-l-o-v-s-k-y.

14          THE COURT:  And how do they know Mr. Ignatov?

15          MR. LICHTMAN:  Their son Ivan, who is another name I'm

16  about to mention, with the I-o-c-h last name, trained with

17  Mr. Ignatov in the mixed martial arts.

18          The other one is Ionka Stancheva, S-t-a-n-c-h-e-v-a.

19  And these are all American citizens.  I'm not taking -- despite

20  their names, but these are all from America.

21          Kalina, K-a-l-i-n-a, Winter.  Vessela, V-e-s-s-e-l-a,

22  D-i-m-i-t-r-o-v-a.

23          But, Judge, the conditions that we're posting, the

24  fact that he's going to have armed guards outside of his home,

25  he doesn't have an apartment in New York.  And I respectfully

J6SPIGNC

1    submit that some of the things that he said to pretrial

2    services in Los Angeles, whether he had an apartment or he

3    didn't have an apartment or he had a 300 Euro mortgage or

4    didn't.  It's his third language, English, and I would

5    respectfully submit that they could have gotten certain things

6    possibly wrong.

7            He doesn't have an apartment in Manhattan.  He will

8    rent it, and we didn't get it before there was a bail hearing

9    because what would be the point.  The apartment would be

10   something that the government would approve of in terms of

11   location, in terms of ingress and egress.  They would have

12   control over all of that.  With respect to the guards, you

13   know, I read that they're concerned that the guards are going

14   to somehow be corrupted.

15           You know, I've got other cases in this building right

16   now where we have guards as part of bail.  There's been no

17   issue.  I've never heard of it until actually I read the

18   government's brief.  We are very happy to let the government

19   hire the guards, and they can even pay the guards, and we

20   can -- out of a fund that we will, obviously, put money in so

21   that there's no issue about Mr. Ignatov corrupting the guards.

22   He's also going to have a GPS device on.

23           THE COURT:  I don't think the government can do that.

24   I don't know, but I don't think technically they're allowed to

25   do that.

J6SPIGNC

1          MR. LICHTMAN:  The point is we're offering, whatever

2     that's worth.

3          Obviously, we'll allow the place to be searched at any

4     time without his knowledge.  His phone calls can be monitored.

5     There's not going to be any cell phone service.  The government

6     has his passport.  His girlfriend, who's pregnant 22 weeks now,

7     I believe, Christina, she will reside there with him.  She will

8     give up her passport as well.  She is an attorney in Bulgaria,

9     has her own law firm.

10          So, respectfully, I don't know that anybody's ever

11     disappeared who's had the armed guards.  The last case that

12     I've had with armed guards was Vincent Esposito, I've cited it

13     in our papers, Judge.  He's alleged -- actually, not alleged.

14     He's the son of Chin Gigante, and when we came here for the

15     bail hearing, in the same courthouse, we were told, Judge

16     Marrero, that he was facing ten years in prison.  He's very

17     dangerous.  He's a flight risk.

18          Why?  Because they found $3.8 million in cash in his

19     apartment, and he was asked:  Do you have any money in the

20     apartment?  He said:  Oh, about 100,000.  So he missed by 3.7

21     million.  That's an indicia of flight, I would respectfully

22     submit.  Certainly the government did.

23          And here we are announcing, a year and a few months

24     later, and Mr. Esposito is going for sentencing in mid-July and

25     the sentencing guidelines are 24 to 30 months.  He's probably

J6SPIGNC

| 1 | the only person in the history of the Republic that has armed |

<br>

1    the only person in the history of the Republic that has armed

2    guards outside of his apartment for bail purposes, and he's

3    facing guidelines of 24 to 30 months at his sentencing.

4         Now, that's an important point about the fact that

5    there's no indicia of fraud here -- or flight, excuse me.

6    Normally what happens when people are denied bail -- again,

7    fraud causes, it doesn't happen very often -- they get

8    arrested, and they have multiple passports, or they have

9    multiple identifications or they have tickets to Zimbabwe or

10   something.  There's none of that here.  There's no multiple

11   identifications.  He got arrested because he flew here under

12   his own name.  This is not the kind of stuff that normally

13   happens.

14        With regard to the Mark Dreier case, the case in which

15   bail was granted, obviously, he was an officer of the court, he

16   stole from clients, he took on multiple identities to commit

17   his crime.  After he got arrested, he was sitting in the MCC

18   before he got bail, and he was stealing money via phone from

19   client escrow accounts and moving it into his own accounts.  He

20   was the leader of a huge scheme for seven years.

21        Bernie Madoff, I'm not going to go into all the

22   details.  He, obviously, lied to the SEC for decades.  He was

23   granted bail.

24        Konstantin Ignatov is nothing like the Espositos, the

25   Madoffs, the Dreiers of the world.  Again, there's no indicia

J6SPIGNC

1   of flight, and his involvement in this fraud is a blip in time

2   compared to the other people that are charged in all of these

3   cases in which most of them did receive bail.

4          THE COURT:  Well, I guess two points.  One, the other

5   three people that you just mentioned all were American citizens

6   and had, obviously, substantial ties to the United States.

7   From what I understand, the government's position is to be is

8   that not only is OneCoin still operating, and you don't seem to

9   be suggesting that it's not a fraudulent scheme, but that

10  during the time even after his sister became a fugitive, it

11  continued to bring in millions and millions of dollars.

12         MR. LICHTMAN:  It's, supposedly, from what I

13  understand, OneCoin is still active.  I don't know that it's as

14  active as it was, but it's, at least as we know, what the

15  government mentioned in its papers, they are still out there.

16  And I thought this was an interesting argument, and I credit

17  Mr. Dimase's work, he said that perhaps if Mr. Ignatov is

18  released, that is going to be a signal to all the fraudsters in

19  OneCoin, ah-ha, he was released.  Therefore, he won his case

20  and, therefore, we should continue stealing.

21         You know, they have strong arguments.  I'm sure that

22  we can all agree, but respectfully, he's not going to have any

23  contact with any OneCoin people.  They're going to have

24  complete control over anyone and everyone who goes into that

25  apartment.  He's not going to be able to use the Internet, and

J6SPIGNC

1    if it helps us, I'm happy -- he can walk around with a sandwich

2    board inside his apartment saying:  I am not involved in

3    OneCoin; I am not innocent.

4            No one is, respectfully, going to suggest that the

5    fact that he was granted bail means that somehow the evidence

6    is any weaker or that the case is over and he's been absolved.

7    If you can read -- if you can read well enough to invest money

8    with OneCoin, you can certainly read the articles that say:

9    Mr. Ignatov has not been acquitted.  He simply was granted bail

10   where he's going to be locked in an apartment with his pregnant

11   girlfriend for the next year or so.

12           THE COURT:  I think the government actually has some

13   support for that argument in their letter, in some

14   communication that was made.

15           MR. LICHTMAN:  Well, the fact that some anonymous

16   person posts something on social media suggesting that if he's

17   released from bail, that means the case is over, I can't

18   control that.  I can't control what people say on social media.

19   It's nothing he did, and it's nothing that we even know the

20   person who is who did it.  People will write and say anything.

21   It doesn't mean that him being released is somehow going to be

22   the end of the great OneCoin caper.  It's just not true, and I

23   can't control what I can't control.

24           It's not like there's any evidence he directed any of

25   this.  The fact that I think they wrote in one of the things

J6SPIGNC

1    that if you have -- you want to send a character letter, send

2    it to Lichtman the attorney in New York.  I think that's what

3    you're referring to, perhaps.

4              THE COURT:  It's something along those lines.

5              MR. LICHTMAN:  I didn't speak to anyone about that.  I

6    don't know.  It could have been a game of telephone that I

7    spoke to one person, who spoke to another person and suddenly,

8    I didn't even know he was on the Internet, respectfully, when

9    it happened.

10             The fact that he's German, Bulgarian, it's not a basis

11   for detention.  I understand it's something that you're

12   weighing, Judge, but the Supreme Court said that the inability

13   to procure the defendant's return for trial, it suggests

14   opportunity for flight, but does not establish any inclination

15   for flight.  And I think that's really where we are here, is

16   that, yes, if he somehow gets passed the armed guards, which

17   he's given no inclination in his life that he would ever do

18   anything like that.  There's no indicia of flight anywhere.  If

19   there was a single thing that they can point to that there's

20   indicia for flight for this man, I would stand down on that,

21   but there's not.

22             The fact that he could disappear somehow, we've

23   already agreed to waive extradition.  I saw the government's

24   letter this morning, apparently, that it doesn't make a

25   difference.  You know, we didn't know that, Judge, when we

1    mentioned that in our papers.  I would respectfully submit that

2    that should tell you where his head is at, is the fact that we

3    offered such a thing.  It's not something that's been offered

4    in every case.

5            The government has the burden to prove that

6    Mr. Ignatov poses a serious flight risk, a serious flight risk

7    and, respectfully, I just don't see that they have.  What

8    they've got is the fact that Ruja disappeared, the fact that

9    he's not an American citizen, the fact that this is a very

10   large fraud, he has no ties to America, oh, and he lied when he

11   was stopped on his way in and when he was on his way out and

12   was arrested.

13           THE COURT:  Those are making a strong argument.

14           MR. LICHTMAN:  That's why we're here.  That's why we

15   didn't have an agreement on bail.  I don't disagree.  On paper,

16   those categories of issues are very strong, but when you look

17   at the man and you look at his history, it doesn't show that

18   he's the leader.  It doesn't show that he's got any indicia of

19   flight.  It doesn't show a life of someone who's lived a double

20   life, perhaps.  And the fact that he walked into America months

21   after Ruja disappeared because of the sealed indictment here

22   makes clear that he wasn't even aware of this.

23           Yes, I know that they're going to say that Ruja sent

24   an e-mail:  My brother knows what to do if I get arrested.

25   Well, Judge, how about the name of a lawyer?  Is that just --

J6SPIGNC

1   he knows what to do.  What did he do?  What did he do when she

2   disappeared?  He came to America, like a blockhead, and walked

3   right into the lion's den in June of 2018.  And, again, with

4   regard -- again, they have to show that there are no conditions

5   that will reasonably assure his presence.  The security guards,

6   they're going to control.  They're going to approve them.  The

7   fact that he's wealthy enough -- they asked where the money

8   comes from.  Well, he's got a girlfriend who owns her own law

9   firm.  It's not like there's -- she's not alleged to be taking

10  any ill-gotten gains.  I mean, there is money to pay for this.

11          THE COURT:  $10 million?

12          MR. LICHTMAN:  Well, she's not going to pay the $10

13  million.  We've got other people that are going to be putting

14  up assets, and it's a huge amount of money, Judge.  I think

15  it's bigger than any of the people have ever proffered in any

16  of these cases.  I understand it's a big number.

17          Look, if the money is not vetted, if the people are

18  not vetted, or if they're vetted and don't pass muster, he's

19  not going anywhere; so we get that.  I mean, this is something

20  that -- it's not like the government is going to be happy to

21  approve all of these people.  They're certainly going to go

22  through them with a fine tooth comb.

23          THE COURT:  These folks are American citizens, you

24  say?

25          MR. LICHTMAN:  Yes.

1          THE COURT:  All of them?

2          MR. LICHTMAN:  Yes.

3          THE COURT:  And he knows them because he trained with

4     a guy who's related to them?

5          MR. LICHTMAN:  No, one of the persons that's going to

6     be signing is the one who he trained with.  It's his parents.

7     My understanding is that the family knows him.  I mean, Judge,

8     he doesn't live in America, and as you know, he's only been to

9     America, I think, three times in his life.

10          THE COURT:  Right.

11          MR. LICHTMAN:  So he doesn't have extensive ties to

12     America, but that doesn't mean that he's got either an

13     inclination to flee, because he certainly has come here when he

14     supposedly should have known that his sister had been under

15     indictment here, and there's no indicia of flight.  If he had

16     fake IDs with him, I don't think I'd be here.

17          THE COURT:  I'm not speaking to the point that -- it

18     doesn't sound like the financially responsible people have that

19     strong connection with Mr. Ignatov.  A cynical person might

20     suggest, well, they didn't sign their name, they're responsible

21     people, they're American citizens, they're solid all around,

22     but one point is making, however many millions of dollars in a

23     day, and they can be easily reimbursed.  A cynical person might

24     think that.

25          MR. LICHTMAN:  I understand, Judge.  I wish I could

J6SPIGNC

tell you that I've got his brother and sister and they all

lived here and they're all happy.  If I had all of that, it

would be different.  The reason we don't have it is not any

fault of his own.  It's because he doesn't live here, and he

never visited here.  So it's tough to find people that he

knows.

          But I can tell you this, if, God forbid, I got

arrested in Bulgaria, I don't think I would be having any

people from Bulgaria that would be standing up for me to sign a

$20 million bond.  He's done the best he could.  It's not what

we would hope for, but they are real people.  They are American

citizens.  They are willing to be interviewed by the

government, and they are financially responsible.  Not every

case in which bail is posted do you have a perfect moral

suasion situation, but you certainly have them legally on the

hook.

          And as I've said, I've spoken to this Ivan probably 50

times during this process, and he is someone who is very close

to Konstantin, calls me all the time, texts me all the time to

see how he's doing.  I've got e-mails, you know, can you tell

him hello, can you tell him about this time that we did --

there is a family responsibility, and this is his family is

largely a part of these five signatories.  So I suppose that's

got to matter for something.  Obviously, Judge, the fact that

he's not, again, an American is not a ruling decision that he

J6SPIGNC

1   can't get bail.

2        With regard to the lies at the airport and with

3   customs, it doesn't bar him from getting bail here.  He had no

4   lawyer.  He'd never been arrested in his life.  He was,

5   obviously, terrified.  I suppose what the government would have

6   wanted is that he comes in, he gets questioned, he admits the

7   entire fraud, and they come to you when I'm making the bail

8   hearing and say, listen, the evidence is so overwhelming, he's

9   completely admitted everything; so he shouldn't have any bail.

10        Respectfully, people have lives.  You talk about Marc

11   Dreier, who not only should know better, but after he got

12   arrested, he is now stealing money from the MCC.  If anybody

13   shouldn't be getting bail, compared to him, and he also was the

14   leader of this entire fraud.  He's a fraction of the leadership

15   level as Marc Dreier, and there's no allegation that he's stole

16   a penny since he's been arrested in this case.

17        Again, Vincent Esposito lied to pretrial services

18   about something that's indicia of flight, lied about 3.8

19   million.  That cash, what are you doing with 3.8 million?

20   Well, you use that to disappear.  He lied after he was

21   arrested.

22        The issue is the things that he lied about are not

23   indicia of flight, I would respectfully submit.  There are

24   other cases, Judge, in which bail has been granted.  This Roger

25   Ng, a Malaysian national, Goldman Sachs banker, he was granted

J6SPIGNC

bail after posting a $20 million personal recognizance bond

secured by just $1 million in cash in the Eastern District.  He

was extradited from Malaysia regarding a $2.7 billion fraud.

          Then there's -- we've got multiple people that were

granted bail, $20 million bail in this Ali Sadr, A-l-i,

S-a-d-r, Hashemi, H-a-s-h-e-m-i, Nejad, N-e-j-a-d, he's an

Iranian national with access to personal wealth totaling

billion of dollars was granted bail with a $20 million bond

secured by multiple properties and cash.  This was with Judge

Carter.  He was arrested while attempting to travel to London

from the United States.  He lied to pretrial services about his

country of residence in an effort to appear more bailable.  He

was thinking about bail.

          Konstantin Ignatov, there's no allegation that he was

thinking about bail when he lied to Customs.

          Now, Nejad was the chairman of a Maltese bank, and he

was charged with participating in a scheme to help Iran evade

sanctions.  Now, Judge, respectfully, and this was, he was

trying to funnel $115 million through the U.S. financial system

to Iran.  Iran is a terrorist state, a terrorist state that has

killed hundreds of Americans in Afghanistan and Iraq and has

tried to kill people in Washington, D.C. as recently as a

couple of years ago.  They downed our drone just a couple of

weeks ago.  He got bail and he was helping an enemy of America.

          He was lifting boxes at Porsche in June of 2016, and

J6SPIGNC

when Ruja disappears, he was propped up as here's the leader of

OneCoin.  That's the same.

You've got the Kashoggi defendant, as we all know.

I'm not going to go into him, Judge, but obviously, he was

significantly more alleges to be steeped in criminality,

charged with RICO and obstruction of justice.

You've got Hans Bodmer, B-o-d-m-e-r, who was charged

with violating the Foreign Corrupt Practices Act by paying

bribes, authorizing bribes to various government officials all

over the world.  He was released by Judge Scheindlin, and this

despite the government's complaint that the Swiss government

would not recognize Bodmer's waiver of his right to avoid

extradition.

I've got other cases, Judge.  I'm not going to go into

all of them.  We have one case in which the government tries to

compare the defendant to this Reza Zarrab case.  He was aiding

the Iranian Revolutionary Guard, which is one of the worst

terrorist organizations in the world and has killed countless

Americans.  You can hardly claim that Konstantin Ignatov is on

that level.

We've got case after case, and again going to include

Dreier and Madoff, much less likely candidates for release than

Mr. Ignatov, were released on bail with conditions that they

self-fund 24-hour security guards.  Judge Rakoff said that

Dreier committed some of the most egregious frauds in history,

J6SPIGNC

1   in history.  An attorney who disgraced the venerable profession

2   of law, the series of fraud over a seven-year period.  He stole

3   money just for himself to use.  Where is the largess on that

4   level that Konstantin Ignatov has?

5         Now, I'm not saying that the sister isn't the person

6   that, perhaps, should be here, where they can make the better

7   argument.  She's the one with the huge yacht.  She's the one

8   that's got all the money.  What does he have?  He doesn't have

9   anything that even remotely compares to a Dreier or a Madoff.

10         You've got Jeffrey Webb, a national in the Cayman

11   Islands.  These are people that were not even American

12   citizens.  He was charged with bribery and money laundering in

13   relation to FIFA, the international soccer organization.  He

14   was released on bail.

15         And as I said about Dreier, as well, that he was using

16   other identities to steal money, and that's indicia of flight.

17   When you're concerned about somebody running away, you're

18   concerned with what they've got.  They've got multiple ID's;

19   they've got multiple passports.  They're willing to go that far

20   to take someone else's identity.  Nothing exists for

21   Mr. Ignatov about that.

22         THE COURT:  Why don't you start wrapping up.

23         MR. LICHTMAN:  I am, Judge.  Thank you.  Thank you for

24   being patient.  You've always been very patient.  That's

25   probably a big mistake on your case.

1          The Boustani, B-o-u-s-t-a-n-i, case that I'm going to
2    talk about, Judge.  Thank you again for seeing us again on
3    Friday afternoon.  I appreciate that.  The defendant in
4    Boustani provided visas, work visas bearing false information.
5    The co-conspirators assisting them in obtaining bank accounts
6    and took steps to avoid detection, used fraudulent documents to
7    assist co-conspirators in their travel to foreign
8    jurisdictions.  None of that exists with Mr. Ignatov.  There's
9    nothing.  It just doesn't exist.  So it's hard to suggest that
10   he is at that level.

11         And one thing I'm going to bring up, which the
12   government did not bring up in their papers or in their
13   surreply, but it was a throwaway line in the government's
14   detention argument in Los Angeles.  And there's a reason
15   probably why it didn't end up in their papers, Judge, and you
16   can figure out why.  Is they said that Mr. Ignatov is
17   associated with significant players of eastern European
18   organized crime.  No names were provided.  The name is in his
19   phone.

20         Judge, from what I understand, this person who is
21   supposedly the head of security, has no record in Bulgaria,
22   Germany.  Respectfully, it didn't stop Mark Scott from getting
23   bail, and there's a reason why the government didn't bring up
24   such an important or deadly accusation that he's supposedly
25   linked to eastern European organized crime, because it's,

J6SPIGNC

frankly, a BS, a throwaway line that you can say in a bail

argument when the defense has no ability to challenge it.

Thank you, Judge.

            THE COURT:  Thank you, Mr. Lichtman.

            Mr. Dimase or Ms. Lozano?

            MR. DIMASE:  Yes, your Honor.  Thank you.  A lot of

the points that I'll make have been set forth in more detail in

our submission.  I don't want to belabor those points, but I

think what's really important to focus on here is that this is

not a question about whether Mr. Ignatov is a bad person,

whether he's more or less culpable than other people in this

case or people in other cases, whether he committed a larger

fraud.

            Those are relevant to the strength of the evidence and

the guidelines range that he faces, obviously, which might give

him a reason to flee, but that's largely what the argument we

just heard was about.  That's not what this is about.  It's

about will any conditions of release reasonably assure his

attendance in court?

            And I heard Mr. Lichtman say, probably a hundred

times, there are no indicia of flight.  I couldn't disagree

more with that.  There is pretty much every indicia of

possibility of flight in this case that you can find.  He has

zero ties to the United States, and the defense is not

contesting that.  He has citizenship in a country to which, if

J6SPIGNC

1    you were extradited or if he fled, he could not be extradited

2    back to the United States.  They have not disputed that.

3          The OIA representative, who handles German

4    extradition, has told me very clearly that a waiver of

5    extradition is completely unenforceable, and even if it

6    mattered, the German government would not, simply would not,

7    extradite a German citizen to the United States for

8    prosecution.

9          As the government has noted, the organization and

10   Mr. Ignatov's family members have close contacts with the UAE,

11   who will also not extradite to the United States.  And I think

12   this was only briefly covered in the government's submission,

13   but I think it bears noting in a bit more detail.  This fraud

14   scheme has engaged a massive bribery for years all over the

15   world.

16         THE COURT:  Why don't you tell me a little bit about

17   that.

18         MR. DIMASE:  Yes, your Honor.  The leaders of the

19   fraud scheme, and other people associated with it, have paid

20   bribes for a variety of different reasons in countries spanning

21   the globe from South Korea, to Vietnam, to Thailand, to the

22   UAE, to Bulgaria and Mexico.  Largely those bribe payments are

23   made for two purposes; one, to get people who are in trouble

24   for some reason or another in connection with the OneCoin

25   scheme out of trouble, whether that means out of jail or out of

J6SPIGNC

1    investigation; or those payments are made to free up money that

2    has been seized or restrained by governments around the world.

3            Quite a number of bribes have also been made in China.

4    We have witness information to that effect.  We have even

5    e-mail communications discussing payments of that sort.  This

6    is -- and it goes back to the nature of the scheme and the

7    amount of money that the people running this scheme have access

8    to.  It is truly unbelievable, not just the amount passing

9    through the financial system, but millions and hundreds of

10   millions of dollars and Euros in cash that this organization

11   couldn't get in the banking system and is, therefore, holding

12   literally in offices and bunkers.

13           That's the kind of organization we're talking about.

14   That's the kind of financial resources we're talking about, and

15   I think Mr. Ignatov's -- one of the things he said that appears

16   to be truthful at his pretrial services interview is that his

17   family could wire "any amount of money, any amount of money to

18   pay his bail."  And I think that is accurate and supported by

19   the facts that the government has uncovered in its

20   investigation.

21           Mr. Ignatov's engaged in extensive international

22   travel.  That's undisputed.  Obviously, the Court has seen the

23   YouTube video that the government referenced in its submission

24   today, where he gave presentations in other countries.

25           I do want to address the issue of the strength of the

J6SPIGNC

evidence and Mr. Ignatov's role.  I don't think the government

is going to -- the government is not standing here to say today

that it believes that Mr. Ignatov is more culpable than his

sister, nor are we disputing that the evidence shows that it

was his sister and another person who came up with the idea for

this scheme and started it.

       But that doesn't change the fact, your Honor, that

Mr. Ignatov was heavily involved in it, that he had a very

significant role even when he served only as Ms. Ignatova's

personal assistant.  In fact, the government's evidence has

demonstrated that speaking of those hundreds of thousands and

millions of dollars in cash, that Mr. Ignatov was the person in

the Sofia office that was responsible for receiving those

massive cash drop-offs at the office even in his role as

personal assistant.

       But there can be no doubt, based on the evidence, that

he took a substantial role after his sister left, and the

argument that he couldn't have done that because he was a

Porsche worker is not sensible.  He's the brother of the woman

who started this thing, a relationship of trust, a familial

relationship, someone that she has worked with.  It makes sense

that he would take over in her stead, and I think the evidence

very clearly demonstrates that.

       THE COURT:  I get the point that he's close with his

sister and that would have allowed him to play a more

1    significant role, but that doesn't necessarily make him -- you

2    know, given the background, the employment background that he

3    appears to have, that he would take on the leadership of what

4    appears to be a fairly sophisticated company, if not a fairly

5    sophisticated criminal enterprise.

6              MR. DIMASE:  Your Honor, the government is not arguing

7    that Mr. Ignatov ran it alone, that he was the only chief

8    executive of this company, but the video speaks for themselves.

9    The audio where he's -- you can tell that he's taken the place

10   of his sister and is demanding loyalty from people, and saying

11   he'll cut someone's head off that if they don't follow the

12   instructions that he's giving.  It makes it pretty clear the

13   role that he's serving.

14             He may not be the sole leader but he is in a

15   high-level executive position.  And I think, ultimately, where

16   that fits in the bail argument, again, is not that he's a bad

17   person or that he's super-culpable, but that he has a very

18   substantial role in a massive international Ponzi scheme

19   involving billions of dollars of fraud.  And that is what he

20   will face when he is convicted on the very strong evidence that

21   the government has, whether that is by a plea or at the end of

22   a trial.

23             Those facts will be considered at his sentence, and as

24   of right now, he faces a single wire fraud conspiracy count

25   with a 20-year guidelines range because that is the statutory

maximum.  But the government possesses substantial evidence of

his involvement in money laundering activities, among other

crimes, and will supersede.  And I expect that that guidelines

range will increase substantially after additional charges are

brought.  So --

THE COURT:  Let me ask you this, not that you're

required to have a theory in this regard, but do you have a

theory as to why it is he came to the U.S.?

MR. DIMASE:  Your Honor, here's what I'll say on that

point.  I don't think that the fact that he came -- first of

all, the first time he came in '18 was a brief connection in

the airport.  Now, would a person who is concerned about arrest

even make a connecting connection in an airport, I think that's

a question that we can debate, but --

THE COURT:  That happens frequently.

MR. DIMASE:  Yes.  He wasn't here traveling here.  He

was on his way to Latin America.  He stopped over at the Miami

airport for a couple of hours, and then he moved on to the next

flight.  So, for whatever that's worth.  He, obviously, did

come here in March of 2019 intending to do OneCoin-related

business.

What I'll say on it is the fact that he came doesn't

show that he's not in touch with his sister, that he isn't

knowledgeable about the charges against her.  I mean, she was

charged, not him.  Mark Scott was charged, not him.  He -- if

J6SPIGNC

1      he has access to the same level of information, in fact, the

2      evidence would suggest he would know that he wasn't charged.

3      Now, is there a chance he could be?  Yeah.  But the knowledge

4      that he hadn't been would become part of a consideration for

5      him to come.

6              Putting that aside, I mean, look, there is also the

7      possibility that this was not a very good decision that he

8      made, even knowing that he could be prosecuted, and even

9      potentially knowing that he had not been charged yet.  But that

10     doesn't mean he's not a flight risk here.  All of the other

11     factors in this case point to a massive flight risk,

12     including -- and I don't know if that answers the Court's

13     question, I mean.

14              THE COURT:  Just curious.

15              MR. DIMASE:  Yes.  On the point of the lies that he's

16     told, I mean, I have to disagree about not telling lies

17     regarding, you know, the bail and his flight.  I mean, he lied

18     to pretrial services demonstratively.  He's got a multimillion

19     dollar house.  He told them that he has a 200,000 Euro house

20     and a mortgage.  That was a straight up lie, and it was

21     designed to effect the decision of pretrial services.  He

22     speaks fluent English.  You can watch the video.  This is not

23     an issue of somebody who doesn't understand English.

24              Nor was his lies to border agents because he was

25     terrified.  They were very intentional.  He said he was here to

J6SPIGNC

1    visit a friend.  He said he was a promotional speaker,

2    self-employed.  Those are lies designed to avoid admitting that

3    he worked for a massive criminal organization, when he knew

4    full well he was coming here to do OneCoin-related business.

5         So I mean, he's told lies now to three sets of

6    government officials.  The most concerning, I would argue, were

7    those to pretrial services, which show he's willing to lie to

8    the Court about factors that are hugely important to a bail

9    decision.

10        And on the apartment in New York, I don't know what to

11   make of this, but he didn't tell that information to

12   California.  He told it to SDNY's pretrial services office,

13   that there was an apartment he had access to in New York, but

14   he declined to provide further information about it.  It's not

15   clear to me why, but that is what the SDNY pretrial report

16   says.  And he's, obviously, not talking -- he's not identifying

17   a particular apartment today.

18        And we have very strong evidence that he had a drug

19   addiction in the past.  I don't think that's inconsistent with

20   an anti-drug message today.  In fact, I think it's perfectly

21   consistent that somebody who had an addiction, would turn

22   around, once they beat it, decide to spread that word.  But I

23   think it does show that he's still willing to lie to the Court,

24   even today, on important matters.

25        With respect to his sister, she disappeared.  She has

J6SPIGNC

1   a network that can make that happen.  The evidence shows that

2   they've been in touch.  He's told people at these conferences

3   that they are in touch.  He lied in his post-arrest statement,

4   saying they weren't.  He has a power of attorney form on his

5   computer that he disposes before he leaves the U.S. or tries

6   to.

7          And he is, obviously, fully aware of her escape plan.

8   I mean, I think Mr. Lichtman is doing what he can to try to

9   make that text message seem innocuous, but it's not.  He's her

10  brother.  He's her personal assistant, and he knows what to do

11  when she gets arrested.

12          THE COURT:  What can you tell me about the context of

13  that message?

14          MR. DIMASE:  Yes, I can tell you that those messages

15  were between his sister and another principal of OneCoin, and

16  she was describing her travel through Germany, I believe, into

17  the Frankfort airport in 2016.  And there was, I believe, at

18  that time, it may have been a public investigation, though I'm

19  not positive of that.  There was certainly an investigation

20  involving OneCoin, and she harbored real concern that she might

21  be caught or arrested or something might happen to her when she

22  passes through Germany, and she tells one principal:  My

23  brother knows what to do if that happens.

24          So I don't think it is just a matter of a voyeur.

25  It's the context that is she's speaking to the other head of

J6SPIGNC

1    the scheme about what steps should be taken if that happens.

2    And it shows that he's deeply within her circle of trust, as is

3    also evidenced by the fact that he effectively takes a very

4    high-level position after she leaves.  The idea that she is not

5    in touch with him is, frankly, absurd.  I mean, they're best

6    friends, according to him.  There's a power of attorney form on

7    his phone -- I mean, his laptop.  She has the means to flee; so

8    does he.  And the bribe -- should be of -- I'm sorry?

9            THE COURT:  It's the government's theory that they

10   were in communication until the time of his arrest, at least?

11           MR. DIMASE:  Your Honor, we don't have -- I mean,

12   there is no evidence showing communication up until the time of

13   his arrest, but I can say that these people were generally very

14   careful about communicating, and that Ruja Ignatova has been

15   especially careful since she fled.  But even before she fled,

16   they had a network of encrypted phones that they used to

17   communicate with one another.

18           So I don't think the fact that there are no

19   communications on Mr. Ignatov's regular phone, for example,

20   really speaks to whether they've been in touch.  But he

21   certainly told other people in the OneCoin community that they

22   are in touch over the time period since she left, and as I said

23   he's got this power of attorney form on his computer.

24           With respect to the guards, and -- look, there are a

25   lot of concerns about the guards that have been raised in the

J6SPIGNC

1   cases that the government cited to the Court.  I'm not going to

2   reiterate them all, but as we noted in our letter this morning,

3   they have provided no information about how those guards will

4   be paid, nor have they provided any information about how the

5   $10 million will be paid.

6           And the only source of income that the government is

7   aware of for Mr. Ignatov, who we don't disagree he worked at a

8   Porsche dealership before joining OneCoin, is OneCoin.  And his

9   mother is heavily involved in OneCoin.  His sister was involved

10  in OneCoin.  He says that they will send any amount of money he

11  needs for bail.  That's where the money is coming from.  It's

12  basically the victims' money that he's proposing to use to fund

13  his guards, to fund his bail and get out of jail and put

14  himself in a position where he can easily bribe the people that

15  are serving as his guards, to flee, just like his sister did.

16          Your Honor, in many ways the defendant is very

17  similarly situated to Boustani.  I think the parallels are

18  significant, the fraud scheme is similar.  Though, this one is

19  bigger, and the concerns about guards are similar to those

20  presented here.  But what wasn't present in Boustani, or any

21  other case that the defendant has cited, is the defendant's

22  best friend and sister and co-conspirator disappearing from the

23  face of the planet after learning she was charged with a crime.

24  I don't think that fact is -- I think it's an unprecedented

25  fact, along with all of these other very significant reasons to

J6SPIGNC

1   be concerned that any set of conditions will not assure his

2   appearance.

3            THE COURT:  Let me ask you this.  Is the government

4   still pressing the danger to the community prong?

5            MR. DIMASE:  Yes, your Honor.  Let me just end on the

6   risk of flight by saying, I'm not going to address all the

7   cases, but I think all the cases that they've cited are

8   distinguishable for the reasons that we indicated in our

9   briefing.

10           Yes, your Honor, we are still pursuing the economic

11  danger argument, absolutely, and I think you've focused in on

12  some of the issues around that already.  He was coming here to

13  do OneCoin business.  There's every reason to suspect he will

14  continue to do so if he's released.  I do think that this

15  release, in and of itself, would be likely to cause additional

16  fraud.  I do appreciate that that argument focuses on the

17  activities of other people and not necessarily Mr. Ignatov.  So

18  I don't want to rely too heavily on that, but I think it is a

19  fact, Mr. Lichtman is right, he can't control the other people,

20  and there are a lot of them, and they are out there posting all

21  kinds of things about this proceeding.

22           THE COURT:  So OneCoin is still active?

23           MR. DIMASE:  Absolutely.  And there is a lot of

24  information available online about the fact that this is a --

25  this prosecution isn't going anywhere and that Mr. Ignatov is

1    innocent, that he will be acquitted, that he will be released,

2    and everyone will see that OneCoin is real.  There's quite a

3    bit of that discussion on the Internet.  Again, I agree with

4    Mr. Lichtman, it's not Mr. Ignatov's fault, necessarily, that

5    that's happening.  Other people are choosing to make those

6    statements, but it is a fact that they're out there.

7            On the last point, you know, we're not backing away

8    from what was said in California.  We do have evidence that a

9    very significant, if not the most prolific, drug trafficker of

10   all time in Bulgaria was closely linked to OneCoin, served as

11   his sister's personal security guard, has contacts with

12   Mr. Ignatov, contacts with organized crime in eastern Europe,

13   and that that person's contact information is on Mr. Ignatov's

14   phone.  That is all true.

15           THE COURT:  Does Mr. Lichtman know who that is?

16           MR. DIMASE:  The name of the person?

17           THE COURT:  Yes.

18           MR. DIMASE:  I don't know that -- we have had that

19   discussion.  I'm not sure that we have had that discussion with

20   him, actually.

21           THE COURT:  Okay.

22           MR. DIMASE:  I'm happy to inform him who the

23   government has identified as that person, if you'd like me to.

24           THE COURT:  I don't care.  I just want to know --

25           MR. LICHTMAN:  We weren't told, Judge.  I think that

J6SPIGNC

1    we sort of narrowed it down, based on the claim that he was

2    involved with OneCoin security.

3         MR. DIMASE:  And you can find information about this

4    online.  It's not a big secret.

5         THE COURT:  Okay.  So Mr. Lichtman knew that the

6    gentleman was involved with security at OneCoin?

7         MR. DIMASE:  Oh, yes.  I mean, Mr. Lichtman knows

8    about the government's allegations that this person is

9    connected to OneCoin and that he served in a security capacity.

10   It was more a question of whether the specific name of the

11   person had been discussed.  We haven't discussed that with

12   Mr. Lichtman.

13        We hadn't planned to make this a central point of our

14   bail argument today mainly because that person is, obviously,

15   not here in the United States.  They're in Europe.  It's less

16   clear exactly how Mr. Ignatov's activities are going to effect

17   this person in Europe, but we absolutely believe that to be the

18   case and have facts uncovered during our investigation that

19   that that is true.  So it's not something that was sprung in

20   California, and we decided not to pursue it here because we

21   don't think it's accurate.  It's absolutely accurate.

22        THE COURT:  Okay.

23        MR. DIMASE:  One moment, your Honor.

24        (Pause)

25        Your Honor, unless the Court has any questions, we'd

J6SPIGNC

1    rest on our papers.

2              THE COURT:  Very well.  Mr. Lichtman, I'll give you a

3    couple of minutes.

4              MR. LICHTMAN:  Judge, very briefly.  When I talk about

5    indicia of fraud, I'm talking about inclination to flee.  I'm

6    not talking about opportunity to flee.  The fact that he's not

7    an American citizen, the fact that his sister disappeared, the

8    fact that he speaks a bunch of languages, and there's a lot of

9    money involved in this fraud is opportunity to flee but not

10   inclination.

11             Indicia of fraud, for me, is fake IDs, fake travel

12   documents, taking on multiple identifications, like what

13   happened in the Boustani case when bail was denied.  That's a

14   different situation.

15             In addition, we just heard -- this is the kind of

16   thing that's so frustrating as a defense lawyer at a bail level

17   and a bail hearing.  We heard now that he has a high-level

18   executive position and a very substantial role in OneCoin.

19   That was just said minutes ago.  And the reason why it was sort

20   of toned down a little bit was because, frankly, it's ludicrous

21   to suggest that he's now at the level of Ruja Ignatov.

22             What does it say in the complaint in paragraph 6?  He

23   rose to the top leadership position.  He's not.  And I don't

24   think -- and the government seemingly cleared that up by saying

25   that he is a high-level executive position and has a very

J6SPIGNC

1   substantial -- now, I'm not suggesting that that's not

2   significant in its own right.  The point is that the effort to

3   go a little further to demonize him and make ensure he doesn't

4   get bail exists.

5          And the same thing, with regard to Ruja, that he's

6   had, the most absurd thing, that he hasn't had any

7   communication with Ruja since she disappeared.  Well, it's now

8   the end of June of 2019.  They've got a zillion pieces of paper

9   in this case.  I think, at one point, one of the lawyers that

10  said they've never had a case with so much evidence.  Well,

11  there's the communications between Konstantin and his sister?

12  Where are the texts?  Where are the encrypted texts that were

13  turned over, as well, that don't show the body of the texts of

14  what was said, but the fact that there was communication?

15         There's simply no evidence, your Honor.  What they

16  give you instead is in February 2018, there's a document that's

17  apparently prepared, and I think signed by the sister, of power

18  of attorney.  Where's the communication?  Is there any

19  communication at all?  There simply isn't, Judge.  There simply

20  isn't.

21         So what we have is we just take them, and we sort of

22  take a round peg and we squeeze them into a square hole.  Well,

23  it's Ruja's brother.  Isn't that enough, Judge?  It really

24  isn't.  It really isn't.  This is a guy that was stacking boxes

25  in Porsche in June of 2016, doesn't become a so-called leader

1    until the end of 2017, and then a year later he gets arrested.

2           And we're told, well, when he came to America at the

3    end of June in 2018, six months or eight months after his

4    sister was indicted and disappeared, well, he just touched down

5    for a couple of hours.  Judge, with all respect, when the

6    government wants you and they have -- you know, you're tagged

7    on the computer, it doesn't make a difference if you are

8    sitting on the tarmac for 35 minutes.  They grab you, and

9    that's all prepared.

10           To suggest that, well, the reason they didn't get him

11   was just simply because he was only there on a stopover.

12   Please, we know better.  This is just an effort to make it

13   appear that he is more likely to disappear.  There is not a

14   single indicia of fraud that he's done, other than lying to

15   pretrial services and customs agents.

16           Judge, we're told that these were intentional lies.

17   Well, he was here for a week in America.  Why didn't he get any

18   legal advice?  You know what, any lawyer, you can look in the

19   Yellow Pages and find a criminal lawyer and get the first one.

20   They'll say to you:  Hey, dummy, you don't speak to people that

21   are going to possibly arrest you.  A week later, he doesn't

22   avail himself of any advice from a lawyer.  It's a lunkhead

23   move, respectfully, and respectfully, he's the lunkhead.

24           He was the one who was put into this place by Ruja.

25   The fact that he said that she was his best friend, Judge,

J6SPIGNC

1   respectfully, com on.  Best friend?  She let's him go to

2   America, six, eight months later knowing full well that he

3   could get arrested on the tarmac?  It's just not true.  He

4   should be bail.  When you compare him to the Dreiers, to the

5   Madoffs, it's not even close.

6            THE COURT:  Thank you.

7            MR. DIMASE:  Judge, may I be heard very, very briefly

8   on this?

9            THE COURT:  Sure.

10           MR. DIMASE:  I just want to say four very quick

11  things.  First of all, Mr. Lichtman has tried to piece or

12  attack each individual argument the government has made, but I

13  think it's important to note that this is really a question

14  about the totality of the circumstances, all of these different

15  factors, not any one in a vacuum.

16           With respect to his leadership position, I mean, the

17  government stands by its assertion that Mr. Ignatov was running

18  OneCoin, but we're not saying he was doing it alone.  I think

19  that's the point I'm trying to make, that he's doing it with

20  other people and that stands to reason.

21           We do have evidence in our case that his sister has

22  traveled on fake documents, and her disappearance, I think that

23  should be really concerning to the Court, since it shows that

24  this organization has the ability to get those sorts of

25  documents.

J6SPIGNC

1          And, lastly, I just, as we said in our submission,

2     these references to cases of American citizens who have

3     substantial contacts in the U.S., live here, lived here all

4     their lives, I just think they are completely inapposite to the

5     case that's before the Court.  Thank you.

6          THE COURT:  Thank you.  Obviously, I've reviewed the

7     submissions that have been made, including the three over the

8     last 20 hours or so, and I've heard the arguments, and I am

9     going to deny the bail application.  I find that, based on the

10    totality of the circumstances, that no conditions or

11    combination of conditions will assure Mr. Ignatov's presence at

12    any future proceedings in this case.

13         As the government has argued, there is virtually no

14    item in the statute which suggests that an individual might be

15    a flight risk that does not appear in this case.  First of all,

16    obviously, Mr. Ignatov is not an American citizen and has a

17    precious few, if any, contacts with the United States.  He is a

18    citizen of a country that does not extradite its citizens, and

19    I was certainly aware of the case law suggesting that any

20    waiver of extradition has no legal significance.

21         In addition, there appears to be no dispute -- well,

22    there's been no argument, in any event, that the evidence in

23    this case is strong and that the charges against Mr. Ignatov

24    are serious and that, if convicted, at least on the present

25    count, he faces a sentence approaching the statutory maximum,

J6SPIGNC

1    which I understand is 20 years.

2              And in contrast to that, the package that was proposed

3    was fairly light on detail, and even what detail was provided

4    raised additional questions.  For example, the lack of contact

5    between Mr. Ignatov and his proposed signatories, the source of

6    the millions of dollars that would be put up for the bail.

7              And the government did provide case law concerning

8    concerns that have been raised by courts both in this district

9    and at the Second Circuit concerning private jails, and

10   certainly the conditions that Mr. Lichtman and Mr. Einhorn have

11   suggested or proposed for the bail package essentially describe

12   a private jail.  Mr. Ignatov would be in an apartment 24 hours

13   a day under armed guard, no contact or no communication with

14   the world, except as such communication that may be approved by

15   the Court.

16             Well, that's his life at the MCC today, and I do think

17   it significant, very significant that Mr. Ignatov's sister,

18   Ms. Ignatova, is herself currently a fugitive of these charges.

19   It certainly suggests, at the very least, sort of Mr. Ignatov's

20   ability to abscond and to successfully remain a fugitive.

21             In addition, he appears to have access to a large

22   amount of money and has engaged over the course of his life in

23   extensive international travel.  Moreover, some information has

24   been provided to the Court suggesting that the organization

25   OneCoin and its operators have successfully bribed government

J6SPIGNC

1    officials in countries in Europe, Asia, South America.

2            So all of those factors together suggest very

3    strongly, and I conclude that there is no condition or

4    combination of conditions that will reasonably assure

5    Mr. Ignatov's presence at future court appearance.

6            Is there anything else that we can do today?

7    Mr. Dimase?

8            MR. DIMASE:  No, your Honor.  I believe we have

9    another conference already scheduled in the case, through which

10   date the speedy trial time has been excluded.  So the

11   government does not have any additional applications at this

12   time.

13           THE COURT:  Mr. Lichtman?

14           MR. LICHTMAN:  Nothing from us, your Honor.

15           THE COURT:  In that event, we're adjourned.  Thank

16   you, folks.  Have a good weekend.

17           (Adjourned)

18

19

20

21

22

23

24

25