LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN  
JEFFREY EINHORN  
JASON GOLDMAN

PH: (212) 581-1001  
FX: (212) 581-4999

August 9, 2019

**BY ECF**  
Hon. Edgardo Ramos  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Re: <u>United States v. Konstantin Ignatov</u>, S7 17 CR 630 (ER)

Dear Judge Ramos:

    I am writing on behalf of defendant Konstantin Ignatov and with the consent of the government to respectfully request an adjournment of the August 16, 2019 status conference in this case until September 6, or a date thereafter that is convenient for the Court. The reason for this request is that I will be away from my office and out of the country on the presently scheduled date. Of course, Mr. Ignatov consents to the exclusion of this additional time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

    Thank you for the Court's consideration on this application.

Respectfully submitted,

Jeffrey Lichtman

cc:    All counsel (by ECF)