USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __8/12/2019__

LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

**MEMO ENDORSED**

PH: (212) 581-1001
FX: (212) 581-4999

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

August 9, 2019

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The status conference is adjourned to September 6, 2019 at 10:15 a.m.
>
> SO ORDERED.         _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: __8/12/2019__
> New York, New York

Re: **United States v. Konstantin Ignatov**, S7 17 CR 630 (ER)

Dear Judge Ramos:

    I am writing on behalf of defendant Konstantin Ignatov and with the consent of the government to respectfully request an adjournment of the August 16, 2019 status conference in this case until September 6, or a date thereafter that is convenient for the Court. The reason for this request is that I will be away from my office and out of the country on the presently scheduled date. Of course, Mr. Ignatov consents to the exclusion of this additional time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

    Thank you for the Court's consideration on this application.

Respectfully submitted,

_/s/ Jeffrey Lichtman_

Jeffrey Lichtman

cc: All counsel (by ECF)