```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x

 3  UNITED STATES OF AMERICA,

 4           v.                              17-cr-630 (ER)

 5  KONSTANTIN IGNATOV,

 6              Defendant.                   Conference

 7  ------------------------------x
                                             New York, N.Y.
 8                                           September 6, 2019
                                             10:15 a.m.
 9

10
    Before:
11
                     HON. EDGARDO RAMOS
12
                                        District Judge
13

14                        APPEARANCES

15  GEOFFREY S. BERMAN
         United States Attorney for the
16       Southern District of New York
    BY:  NICHOLAS FOLLY, ESQ.
17       Assistant United States Attorney

18  LAW OFFICES OF JEFFREY LICHTMAN
         Attorneys for Defendant
19  BY:  JEFFREY LICHTMAN, ESQ.
```

1              (Case called)
2              THE CLERK:  Counsel, please state your name for the
3      record.
4              MR. FOLLY:  Good morning, your Honor.  Nicholas Folly
5      on behalf of the government.
6              THE COURT:  Good morning.
7              MR. LICHTMAN:  Jeffrey Lichtman for Konstantin
8      Ignatov.  Good morning, your Honor.
9              THE COURT:  And good morning to you both.
10             This matter is on for status conference.  So,
11     Mr. Folly, tell me where we are.
12             MR. FOLLY:  Yes, your Honor.  The government has begun
13     producing discovery, which, as your Honor is aware, is quite
14     voluminous in this case.  We've also been working with defense
15     counsel to navigate some thorny privilege issues.
16             At this time, having spoken with defense counsel
17     earlier this week and this morning, we would request an
18     additional period of approximately two months so that defense
19     counsel can continue reviewing discovery, evaluate any
20     appropriate motions, and we ask to come back at that time for a
21     status conference with an eye towards setting a motion schedule
22     at that point.
23             THE COURT:  What is the status of discovery?
24             MR. FOLLY:  We have not committed our production of
25     discovery.  There is still some additional discovery to be

1   produced.  But my understanding is, even the discovery produced
2   to date thus far, which has been primarily digital evidence,
3   defense counsel is still working his way through that
4   production.
5           THE COURT:  Mr. Lichtman?
6           MR. LICHTMAN:  Judge, that's accurate.  There is a
7   tremendous amount of discovery.  In addition, there's an issue
8   with a phone that was seized, some privilege issues that we're
9   working through as well that are sort of prolonging this a
10  little bit.  So we need the time regardless, and I think in a
11  few months we would be ready to set the schedule.
12          THE COURT:  Ms. Rivera?
13          THE CLERK:  November 7 at 3:30 p.m.
14          MR. FOLLY:  That's fine for the government, your
15  Honor.
16          THE COURT:  Mr. Lichtman?
17          MR. LICHTMAN:  Thank you, Judge.
18          THE COURT:  Is there anything else that we can do
19  today, Mr. Folly?
20          MR. FOLLY:  Your Honor, the government moves for the
21  exclusion of time between today and November 7th's conference
22  in the interests of justice, so that defense counsel can
23  continue reviewing discovery as well as evaluating appropriate
24  motions in this case.
25          THE COURT:  Mr. Lichtman?

1          MR. LICHTMAN:  We would agree to such a finding,
2     Judge.
3          THE COURT:  Very well.  I will exclude the time
4     between now and December 7th from the speedy trial clock for
5     the reasons set forth by the parties.
6          And because there's nothing else to do today, we are
7     adjourned.
8          (Adjourned)