

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2020

> The April 8 sentencing control date is adjourned to July 8, 2020, at 10:00 AM.  The Clerk of the Court is respectfully directed to unseal the documents listed in this letter.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 4/7/2020
> New York, New York

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States* v. *Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

     A sentencing control date is presently set in the above-captioned case for April 8, 2020 at 11:00 a.m.  Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing date be adjourned for approximately three months.  In addition, given that Ignatov testified publicly in the trial of *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER), the Government would respectfully request that the following documents be unsealed at this time: the Government's letter dated July 18, 2019; the October 4, 2019 change of plea transcript; the S9 17 Cr. 630 (ER) Sealed Superseding Information; the S9 17 Cr. 630 (ER) waiver of Indictment; and the October 8, 2019 sealing order (the "Filings").  Furthermore, the Government requests that any docket entries pertaining to the Filings be docketed.  The defense consents to this application.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

            By:    /s_____
                     Christopher J. DiMase / Nicholas Folly
                     Assistant United States Attorneys
                     (212) 637-2433 / 1060
                     Julieta V. Lozano
                     Special Assistant United States Attorney
                     (212) 335-4025

cc:    Jeffrey Lichtman, Esq. (by ECF)
        Jeffrey Einhorn, Esq. (by ECF)