CT. Ex. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :      **SEALED WAIVER OF INDICTMENT**
         - v. -                   :
                                  :      S9 17 Cr. 630 (ER)
KONSTANTIN IGNATOV,               :
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1349, and 1956(h), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_K. Ignatov_
Konstantin Ignatov, Defendant

_[signature]_
Witness

_[signature]_
Jeffrey Lichtman, Esq.
Counsel for Defendant

Date:   New York, New York
        October 4, 2019

0202