UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :    **SEALED ORDER**
          - v. -                 :
                                 :    S9 17 Cr. 630 (ER)
KONSTANTIN IGNATOV,              :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x

    WHEREAS, an ex parte application has been made by the United States of America, with the defendant's consent, for the temporary sealing of the October 4, 2019 change of plea transcript, the S9 17 Cr. 630 (ER) Sealed Superseding Information, and the S9 17 Cr. 630 (ER) waiver of Indictment (the "Filings") in the above-captioned matter;

    WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

    IT IS HEREBY ORDERED that the Filings in the above-captioned matter be filed under seal, until further order by this Court;

    IT IS FURTHER ORDERED that no docket entries shall be made for the Filings in the above-captioned matter until further Order by this Court; and

    IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of

proceedings in this matter without further Order of the Court; and

      IT IS FINALLY ORDERED that the Government shall report to the Court on or before 90 days after execution of this Order regarding the continuing need, if any, to maintain the Filings under seal.

SO ORDERED:

Dated:    New York, New York
            October 8, 2019

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK