

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2020

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for November 11, 2020. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately six months. The defense consents to this application.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   /s_____
    Christopher J. DiMase / Nicholas Folly
    Assistant United States Attorneys
    (212) 637-2433 / 1060

cc:    Jeffrey Lichtman, Esq. (by ECF)
        Jeffrey Einhorn, Esq. (by ECF)