UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA,

- v. -

KARL SEBASTIAN GREENWOOD, *et al.*,

Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

17 Cr. 630 (ER)

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by: s/
Michael McGinnis
Assistant United States Attorney
(212) 637-2305