DISTRICT COURT OF THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America

           -against-                                  NOTICE OF APPEARANCE

**KONSTANTIN IGNATOV**                 17-cr-00630 (ER) - 3

                         Defendant.

-----------------------------------------------------------------X

To: District Court Clerk

PLEASE TAKE NOTICE THAT **JEFF CHABROWE, ESQ.**, The Law Offices of Jeffrey Chabrowe, has been retained by, and appears for defendant **Konstantin Ignatov** in the above captioned matter and in connection with the charges pending against him in the Southern District of New York.

Dated:        January 18, 2022
                New York, New York

*Jeffrey A. Chabrowe, Esq.*
_____
Jeff Chabrowe, Esq.
521 Fifth Avenue, 17th Floor
New York, New York 10175
Jeff@Chabrowe.com
Cell. 917.529.3921