

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2022

> The sentencing control date is adjourned until August 10, 2022 at 4:00PM.
>
> SO ORDERED.  _____
> Edgardo Ramos, U.S.D.J
> Dated: May 12, 2022
> New York, New York

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

   A sentencing control date is presently set in the above-captioned case for May 13, 2022. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately 90 days. The defense consents to this application.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                              By:     /s_____
                                      Juliana Murray / Nicholas Folly / Michael McGinnis
                                      Assistant United States Attorneys
                                      (212) 637-1060

cc:     Jeffrey Chabrowe, Esq. (by ECF)