

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

August 8, 2022

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for August 10, 2022. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately 90 days. The defense consents to this application.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s_____
    Juliana Murray / Nicholas Folly / Michael McGinnis
    Assistant United States Attorneys
    (212) 637-1060

cc:    Jeffrey Chabrowe, Esq. (by ECF)

---

The sentencing control date is adjourned to November 10, 2022 at 3:30 p.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __8/8/2022_____
New York, New York