

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2022

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for November 10, 2022. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately 90 days. The defense consents to this application.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s_____
       Kevin Mead / Juliana Murray / Nicholas Folly / Michael McGinnis
       Assistant United States Attorneys
       (212) 637-2211

cc:    Jeffrey Chabrowe, Esq. (by ECF)