

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

February 13, 2023

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for February 16, 2023. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately 90 days. The defense consents to this application.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s_____
    Christopher DiMase / Nicholas Folly /
    Kevin Mead / Juliana Murray
    Assistant United States Attorneys
    (212) 637-2433 / -1060 / -2211 / -2314

cc:    Jeffrey Chabrowe, Esq. (by ECF)

---

Sentencing control date is adjourned to May 17, 2023 at 11 am.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 2/14/2023
New York, New York