

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2023

> Sentencing control date is adjourned to August 29, 2023 at 11 AM. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 15, 2023
> New York, New York

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for May 17, 2023. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately 90 days. The defense consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/
Christopher DiMase / Nicholas Folly /
Kevin Mead / Juliana Murray
Assistant United States Attorneys
(212) 637-2433 / -1060 / -2211 / -2314

cc:     Jeffrey Chabrowe, Esq. (by ECF)