```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   17 Cr. 630-3 (ER)
       -against-                    :   ORDER
                                    :
Konstantin Ignatov                  :
                                    :
            Defendant               :
                                    :
------------------------------------X
```

EDGARDO RAMOS, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services

Dated: New York, New York
       May 26, 2023

SO ORDERED:

_____
EDGARDO RAMOS
United States District Judge