

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2023

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Konstantin Ignatov,* S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for August 29, 2023. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately 60 days. The defense consents to this application.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                 By:     /s/
                       Nicholas Folly/
                       Juliana N. Murray/ Kevin Mead
                       Assistant United States Attorneys
                       (212) 637-1060/2314/2211

cc:    Jeffrey Chabrowe (by ECF)