

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

October 25, 2023

<u>VIA ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Konstantin Ignatov,* S7 17 Cr. 630 (ER)

Dear Judge Ramos:

A sentencing control date is presently set in the above-captioned case for November 2, 2023. Because the defendant's cooperation is not yet complete, the Government respectfully requests that the sentencing control date be adjourned for approximately 60 days. The defense consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/
Nicholas Folly/
Juliana N. Murray/ Kevin Mead
Assistant United States Attorneys
(212) 637-1060/2314/2211

cc:   Jeffrey Chabrowe (by ECF)

---

Sentencing is adjourned to January 5, 2024, at 10 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  10/27/2023
New York, New York