

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2023

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Konstantin Ignatov,* S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for January 5, 2024. The Government requests that the Court order a Presentence Investigation for the defendant and set a sentencing date approximately 90 days from today to allow completion of the Presentence Investigation.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Nicholas Folly/
    Juliana N. Murray/ Kevin Mead
    Assistant United States Attorneys
    (212) 637-1060/2314/2211

cc:    Jeffrey Chabrowe (by ECF)