

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2023

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Konstantin Ignatov,* S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    A sentencing control date is presently set in the above-captioned case for January 5, 2024. The Government requests that the Court order a Presentence Investigation for the defendant and set a sentencing date approximately 90 days from today to allow completion of the Presentence Investigation.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Nicholas Folly/
Juliana N. Murray/ Kevin Mead
Assistant United States Attorneys
(212) 637-1060/2314/2211

cc:   Jeffrey Chabrowe (by ECF)

---

Sentencing is adjourned to February 28, 2024 at 10 a.m.  PSI ordered.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/17/2023
New York, New York