# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

December 22, 2023

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *USA v. Ignatov,* Case No. 17-cr-00630
Request for Modification of Bail Conditions

Dear Judge Ramos,

The defendant in the above matter continues to participate in community service at the Hope Community Services soup kitchen in New Rochelle, New York. Mr. Ignatov is doing well at the soup kitchen and wishes to be granted additional time per day to work there. He wants to work a shift from 10:00 AM to 6:00 PM. It takes about thirty minutes of travel each way. Mr. Ignatov enjoys his participation with this organization and the sense of responsibility it brings him.

Based on the foregoing, we request that Mr. Ignatov's bail conditions be modified such that he has a curfew set at the discretion of pre-trial services. Pre-trial service does not object to this request. The government defers to pre-trial.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Konstantin Ignatov***