

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2024

**BY EMAIL/ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Konstantin Ignatov*, S7 17 Cr. 630 (ER)

Dear Judge Ramos:

    Sentencing date is presently set in the above-captioned case for February 28, 2024 at 10:00 a.m. Due to the parties' schedules, the Government respectfully requests that the sentencing be adjourned to March 5, 2024 at 4:00 p.m., and that the parties' sentencing submission deadlines be adjusted accordingly. The defense consents to this application.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By:    /s/
        Nicholas Folly / Kevin Mead / Juliana Murray
        Assistant United States Attorneys
        (212) 637-1060 / -2211 / -2314

cc:    Jeffrey Chabrowe, Esq. (by ECF)

---

Sentencing is adjourned to March 5, 2024, at 3:30 p.m.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 2/20/2024
New York, New York