UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA ,

          - against -                    **RESCHEDULING**
                                          **NOTICE**

KONSTANTIN IGNATOV,

                                   17 CR 630-3  (ER)
                         Defendant.
-------------------------------------------------------x


       Sentencing, previously scheduled for 3:30 p.m on March 5, 2024, is hereby rescheduled

for **2:30 p.m. on March 5**.


Dated:  New York, New York
          February 29, 2024

                               /s/Jazmin Trotman
                              Jazmin Trotman, Courtroom Deputy
                              to the Hon. Edgardo Ramos