**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2024

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Konstantin Ignatov*, S9 17 Cr. 630 (ER)**

Dear Judge Ramos:

As the Court is aware, Konstantin Ignatov was sentenced yesterday, March 5, 2024. The Government accordingly requests that the Court dismiss the underlying Information in this case, S7 17 Cr. 630 (ER), Dkt. 81, which it neglected to request at sentencing yesterday.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _s/__________________________
Nicholas Folly
Juliana Murray
Kevin Mead
Assistant United States Attorneys
(212) 637-1060

cc: All Counsel of Record (ECF)